




| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, [2], and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Patricia B. Aiken  C. Date of Delivery: 9-19-05 |
| 1. Article Addressed to:  CV2005-149<br>Patricia Aiken<br>2916 Virginia Rd<br>Birmingham, AL [SEE ONLY] 23 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number (Transfer from service label): 7002 0510 0001 8620 7087 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Certified Mail Receipt (7002 0510 0001 8620 7087)**
Kim's CV05-149
- Postage: $1.75
- Certified Fee: 2.30
- Return Receipt Fee (Endorsement Required): 1.75
- Restricted Delivery Fee (Endorsement Required): 3.50
- Total Postage & Fees: $9.30
- Postmark: SEP 16 2005, WEDOWEE AL 36278
- Sent To: Patricia Aiken

PS Form 3800, January 2001

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT (7004 1160 0007 4832 7066)**
Kim's CV05-149
- Postage: $1.75
- Certified Fee: 2.30
- Return Receipt Fee (Endorsement Required): 1.75
- Restricted Delivery Fee (Endorsement Required): 3.50
- Total Postage & Fees: $9.30
- Postmark: SEP 2005, WEDOWEE AL 36278
- Sent To: Hal Henderson

PS Form 3800, June 2002

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT (7002 0510 0001 8620 7063)**
Kim's CV05-149
- Postage: $1.75
- Certified Fee: 2.30
- Return Receipt Fee (Endorsement Required): 1.75
- Restricted Delivery Fee (Endorsement Required): 3.50
- Total Postage & Fees: $9.30
- Postmark: SEP 16 2005, WEDOWEE AL 36278
- Sent To: Jason Welk

PS Form 3800, January 2001

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV 2005-149
   Gary Harlan
   126 Moss Bend
   Helena Al 35080
   DELIVER TO ADDRESSEE ONLY

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Gary Harlan — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Gary Harlan — C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label): 7004 1160 0007 4832 7059

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**OFFICIAL USE**
Kim's CV05-149

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.50 |
| Total Postage & Fees | $ 9.30 |

Postmark Here — SEP [date] 2005

Sent To: Gary Harlan

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV 2005-149
   Robert Wall
   152 Upper Kingston Rd
   Prattville, Al 36067
   DELIVER TO ADDRESSEE ONLY

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Robert Wall — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Robert Wall — C. Date of Delivery 9-30-05
- D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label): 7004 1160 0007 4832 7097

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**OFFICIAL USE**
Kim's CV05-149

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.50 |
| Total Postage & Fees | $ 9.30 |

Postmark Here

Sent To: Robert Wall
Street, Apt. No.;

SANT631   36117201350407 09/27/05
FORWARD TIME EXP RTN TO SEND
SANTOS RIVERVIEW PARK DR
8916 RIVERVIEW PARK DR
RALEIGH NC 27613-5390
RETURN TO SENDER

Steve Santos
8631 Mill Chase Court
Montgomery AL 36117

Kim S. Benefield
P.O. Box 328
Wedowee, Alabama 36278

7004 1160 0007 4832 7080

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: CV 2005-145<br>Steve Santos<br>8631 Mill Chase Court<br>Montgomery AL 36117 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0007 4832 7080 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV2005.149 |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**    Michael D. May    **v. Defendant**    Merck & Co., Inc. et al.

**NOTICE TO** _____Jason Delk, 1109 7th Avenue West, Birmingham, Alabama 35204_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
☐ Service by certified mail of this summons is initiated upon the written request of _Michael D. May_ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _KB_    By: _____
                     Clerk/Register

☐ Certified Mail is hereby requested.    _Steve R. Morris_
                                          Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

**Filed in Office**
SEP 1 5 2005
**KIM S. BENEFIELD**
Clerk of Circuit Court

_____ Date    _____ Server's Signature
_____ Address of Server    _____ Type of Process Server

| State of Alabama<br>Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34   Rev 6/88 | **- CIVIL -** | CV 2005-149 |

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**   Michael D. May   **v. Defendant**   Merck & Co., Inc. et al.

**NOTICE TO** _____Sonya Coley, 3007 Highland Lakes Road, Birmingham, Alabama 35242_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____Michael D. May_____ pursuant to the Alabama Rules of Civil Procedure.

Date _____   KB   By: _____
Clerk/Register

☐ Certified Mail is hereby requested.

Steve R. Morris
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____(Date)_____.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____(Date)_____.

**Filed in Office**
SEP 1 5 2005
KIM S. BENEFIELD
Clerk of Circuit Court

Date _____
Address of Server _____

Server's Signature _____
Type of Process Server _____

| State of Alabama<br>Unified Judicial System | SUMMONS | Case Number |
|---|---|---|
| Form C-34  Rev 6/88 | - CIVIL - | CV 2005-149 |

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**  Michael D. May    **v. Defendant**  Merck & Co., Inc. et al.

NOTICE TO _____Angela Finch, 1432 Milner Crescent, Birmingham, Alabama 35202_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____Michael D. May_____ pursuant to the Alabama Rules of Civil Procedure.

Date _____   _____KB_____  By: _____
                     Clerk/Register

☐ Certified Mail is hereby requested.   _____Steve R. Morris_____
                                         Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

_____                    _____
Date                             Server's Signature

_____                    _____
Address of Server                Type of Process Server

Filed in Office
SEP 1 5 2005
KIM S. BENEFIELD
Clerk of Circuit Court

| State of Alabama Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | **- CIVIL -** | CV2005-149 |

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**    Michael D. May    **v. Defendant**    Merck & Co., Inc. et al.

NOTICE TO _____Steve Santos, 8631 Mill Chase Court, Montgomery, Alabama 36117_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____Michael D. May_____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____KB_____ By: _____
                Clerk/Register

☐ Certified Mail is hereby requested.    _____Steve R. Morris_____
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____(Date)_____.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____(Date)_____.

**Filed in Office**
SEP 1 5 2005
KIM S. BENEFIELD
Clerk of Circuit Court

Date _____    Server's Signature _____
Address of Server _____    Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br>CV 2005-149 |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**   Michael D. May   **v. Defendant**   Merck & Co., Inc. et al.

**NOTICE TO** _____Hal Henderson, 1356 Hall Street SW, Birmingham, Alabama 35211_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
☐ Service by certified mail of this summons is initiated upon the written request of _____Michael D. May_____ pursuant to the Alabama Rules of Civil Procedure.

Date _____  _____KB_____ Clerk/Register  By: _____

☐ Certified Mail is hereby requested.   _____Steve R. Morris_____
                                        Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

**Filed in Office**
SEP 1 5 2005
KIM S. BENEFIELD
Clerk of Circuit Court

| State of Alabama<br>Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | **- CIVIL -** | CV 2005-149 |

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**   Michael D. May   **v. Defendant**   Merck & Co., Inc. et al.

**NOTICE TO** _____Robert Wall, 1529 Upper Kingston Road, Prattville, Alabama 36067_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____Michael D. May_____ pursuant to the Alabama Rules of Civil Procedure.

Date _____   _____KB_____   By: _____
                     Clerk/Register

☐ Certified Mail is hereby requested.

_____Steve Morris_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

Date _____
Address of Server _____

Server's Signature _____
Type of Process Server

**Filed in Office**
SEP 1 5 2005
KIM S. BENEFIELD
Clerk of Circuit Court

| State of Alabama<br>Unified Judicial System | SUMMONS | Case Number |
|---|---|---|
| Form C-34   Rev 6/88 | - CIVIL - | CV 2005-149 |

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**   Michael D. May   **v. Defendant**   Merck & Co., Inc. et al.

NOTICE TO _____Patricia Aiken, 2916 Virginia Road, Birmingham, Alabama 35223_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____Michael D. May_____ pursuant to the Alabama Rules of Civil Procedure.

Date _____   _____KB_____ By: _____
Clerk/Register

☐ Certified Mail is hereby requested.

_____Steve R. Morris_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date).

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

_____
Date

_____
Address of Server

_____
Server's Signature

_____
Type of Process Server

**Filed in Office**

SEP 1 5 2005

**KIM S. BENEFIELD**
Clerk of Circuit Court

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV 2005-149 |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____Randolph_____ COUNTY

**Plaintiff**    Michael D. May        **v. Defendant**    Merck & Co., Inc. et al.

NOTICE TO _____Matthew King, 2574 Comanche Drive, Birmingham, Alabama 35242_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Steve R. Morris_____ WHOSE ADDRESS IS _____P.O. Box 814, Wedowee, Alabama 36278_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
☐ Service by certified mail of this summons is initiated upon the written request of _____Michael D. May_____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____KB_____ By: _____
               Clerk/Register

☐ Certified Mail is hereby requested.

_____Steve R. Morris_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date).
☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

**Filed in Office**
SEP 1 5 2005
**KIM S. BENEFIELD**
Clerk of Circuit Court

Date _____
Address of Server _____

Server's Signature _____
Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>- CIVIL - | Case Number<br><br>CV 2005-149 |
|---|---|---|

IN THE ____Circuit____ COURT OF ____Randolph____ COUNTY

**Plaintiff**   Michael D. May   **v. Defendant**   Merck & Co., Inc. et al.

NOTICE TO   Merck & Co., Inc et al., 2000 Interstate Parkway Drive, Suite 204, Montgomery, Alabama 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ____Steve R. Morris____ WHOSE ADDRESS IS ____P.O. Box 814, Wedowee, Alabama 36278____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
☐ Service by certified mail of this summons is initiated upon the written request of ____Michael D. May____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    ____/s/____    By: _____
                          Clerk/Register

☐ Certified Mail is hereby requested.

____Steve R. Morris____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)
☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

Filed in Office
SEP 1 5 2005
KIM S. BENEFIELD
Clerk of Circuit Court

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number<br>CV2005-149 |
|---|---|---|

IN THE __Circuit__ COURT OF __Randolph__ COUNTY

**Plaintiff**   Michael D. May   **v. Defendant**   Merck & Co., Inc. et al.

**NOTICE TO** ___Gary Harlan, 126 Moss Bend Drive, Helena, Alabama 35080___

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ___Steve R. Morris___ WHOSE ADDRESS IS ___P.O. Box 814, Wedowee, Alabama 36278___.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _Michael D. May_ pursuant to the Alabama Rules of Civil Procedure.

Date _____   _Michael D. May_   By: _____
Clerk/Register

☐ Certified Mail is hereby requested.

_Steve R. Morris_
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____ (Date).

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

Date _____
Address of Server _____

Server's Signature _____
Type of Process Server _____

**Filed in Office**
SEP 15 2005
KIM S. BENEFIELD
Clerk of Circuit Court

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2005 [ ][ ][ ]/ 49 .[ ][ ]<br>Date of Filing:   Judge Code:<br>09  15  2005    [ ][ ][ ][ ][ ][ ]<br>Month  Day  Year |
|---|---|---|

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____Randolph_____, ALABAMA
(Name of County)

Michael D. May          v.          Merck & Co., Inc.
_____
Plaintiff                                              Defendant

First Plaintiff: ☐ Business  ☑ Individual     First Defendant: ☑ Business  ☐ Individual
                ☐ Government ☐ Other                            ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☑ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER: _____

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES  ☐ NO     Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** M O R 1 2 2      9-15-05       /s/ Steve Morris
                                        Date                  Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☐ NO  ☑ UNDECIDED

**Filed in Office**

SEP 1 5 2005

KIM S. BENEFIELD
Clerk of Circuit Court