IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

MICHAEL D. MAY, )
)
    Plaintiff, )
)
v. ) CASE NO.: CV-05-149
)
MERCK & CO., INC., et al., )
)
    Defendants. )

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Merck & Co. ("Defendant"), Inc. hereby gives notice to the Circuit Court of Randolph County, Alabama, and to counsel for the Plaintiff, this Plaintiff being the only adverse party, that Defendant has today filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Eastern Division, and that this case has been removed to that Court. Attached is a copy of the Notice of Removal.

DATED this 19th day of October, 2005.

                                            _/s/ W.C.M._____
                                            Philip H. Butler (BUT007)
                                            William C. McGowin (MCG040)
                                            George R. Parker (PAR086)

                                        Attorneys for Defendant Merck & Co., Inc.

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
Philip H. Butler
William C. McGowin
George R. Parker
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

EXHIBIT B

1