IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL MAY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MERCK & CO., INC.**, a foreign or )<br>domestic corporation, **ROBERT M.** )<br>**WALL, GARY HARLAN, HAL** )<br>**HENDERSON, STEVE SANTOS,** )<br>**PATRICIA AIKEN, MATTHEW** )<br>**KING, ANGELA FINCH, SONYA** )<br>**COLEY, JASON DELK,** and the )<br>Defendants A, B, C, D, E, X & Z )<br>whether singular or plural, being those )<br>persons, firms or entities who or which )<br>proximately caused or contributed to )<br>the Plaintiff's personal injury and )<br>Plaintiff's other harm and the other )<br>damages as complained of herein whose )<br>true names are unknown to the Plaintiff )<br>but will be added by amendment when )<br>correctly ascertained, )<br>)<br>**Defendants.** | **CASE NUMBER:** _____<br><br>Removed from the Circuit Court<br>of Randolph County, Alabama,<br>CV-05-149 |

### DECLARATION OF ROBERT WALL

1. My name is Robert Wall. I am over twenty-one years of age, am of sound mind, and am competent to make this declaration. This declaration is based upon my personal knowledge.

2. At no time did I ever provide Vioxx® or information concerning Vioxx® directly to Michael May.

3. I am not a physician, nor have I practiced as a pharmacist during the time that Vioxx® was on the market. I have never prescribed Vioxx®, nor filled a



1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MAY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER: _____ |
| MERCK & CO., INC., a foreign or domestic corporation, ROBERT M. WALL, GARY HARLAN, HAL HENDERSON, STEVE SANTOS, PATRICIA AIKEN, MATTHEW KING, ANGELA FINCH, SONYA COLEY, JASON DELK, and the Defendants A, B, C, D, E, X & Z whether singular or plural, being those persons, firms or entities who or which proximately caused or contributed to the Plaintiff's personal injury and Plaintiff's other harm and the other damages as complained of herein whose true names are unknown to the Plaintiff but will be added by amendment when correctly ascertained, | ) Removed from the Circuit Court of Randolph County, Alabama, CV-05-149 |
| Defendants. | ) |

### DECLARATION OF GARY HARLAN

1.  My name is Gary Harlan. I am over twenty-one years of age, am of sound mind, and am competent to make this declaration. This declaration is based upon my personal knowledge.

2.  At no time did I ever provide Vioxx® or information concerning Vioxx® directly to Michael May.

3.  I am not a physician and accordingly have never prescribed Vioxx®. I am also not a pharmacist and therefore never filled a Vioxx® prescription as a

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MAY, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MERCK & CO., INC., a foreign or )<br>domestic corporation, ROBERT M. )<br>WALL, GARY HARLAN, HAL )<br>HENDERSON, STEVE SANTOS, )<br>PATRICIA AIKEN, MATTHEW )<br>KING, ANGELA FINCH, SONYA )<br>COLEY, JASON DELK, and the )<br>Defendants A, B, C, D, E, X & Z )<br>whether singular or plural, being those )<br>persons, firms or entities who or which )<br>proximately caused or contributed to )<br>the Plaintiff's personal injury and )<br>Plaintiff's other harm and the other )<br>damages as complained of herein whose )<br>true names are unknown to the Plaintiff )<br>but will be added by amendment when )<br>correctly ascertained, )<br>)<br>  Defendants. | CASE NUMBER: _____<br><br>Removed from the Circuit Court<br>of Randolph County, Alabama,<br>CV-05-149 |

## DECLARATION OF MATTHEW KING

1. My name is Matthew King. I am over twenty-one years of age, am of sound mind, and am competent to make this declaration. This declaration is based upon my personal knowledge.

2. At no time did I ever provide Vioxx® or information concerning Vioxx® directly to Michael May.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCK & CO., INC., a foreign or )<br>domestic corporation, ROBERT M. )<br>WALL, GARY HARLAN, HAL )<br>HENDERSON, STEVE SANTOS, )<br>PATRICIA AIKEN, MATTHEW )<br>KING, ANGELA FINCH, SONYA )<br>COLEY, JASON DELK, and the )<br>Defendants A, B, C, D, E, X & Z )<br>whether singular or plural, being those )<br>persons, firms or entities who or which )<br>proximately caused or contributed to )<br>the Plaintiff's personal injury and )<br>Plaintiff's other harm and the other )<br>damages as complained of herein whose )<br>true names are unknown to the Plaintiff )<br>but will be added by amendment when )<br>correctly ascertained, )<br>)<br>Defendants. | CASE NUMBER: _____<br><br><br>Removed from the Circuit Court<br>of Randolph County, Alabama,<br>CV-05-149 |

## DECLARATION OF PATRICIA AIKEN

1. My name is Patricia Aiken. I am over twenty-one years of age, am of sound mind, and am competent to make this declaration. This declaration is based upon my personal knowledge.

2. At no time did I ever provide Vioxx® or information concerning Vioxx® directly to Michael May.

1

3. I am not a physician and accordingly have never prescribed Vioxx®. I am also not a pharmacist and therefore never filled a Vioxx® prescription as a pharmacist. What knowledge I had during my employment concerning Vioxx® was provided to me by my employer.

4. At no time did I have any involvement at all with the manufacture, development or testing of Vioxx®. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Vioxx®. I had no dealings at all at any time with any patients of any of the physicians on whom I called, and had no knowledge or information of any of those patients' medical histories, symptoms, prognoses, or courses of treatment.

5. At no time did I ever sell, offer to sell or take orders for the sale of Vioxx® to patients. Physicians upon whom I would call would write their prescriptions for Vioxx® based upon their own independent medical knowledge and judgment and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including, but not limited to, Michael May.

6. I have never met nor spoken with Michael May.

7. I have never made any presentations to the general public regarding Vioxx®.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October ____, 2005.

_____
Patricia Aiken