IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: 3:05cv998-E |
| v. ) | |
| ) | |
| MERCK & CO., INC., a foreign or ) | |
| domestic corporation, ROBERT M. ) | |
| WALL, GARY HARLAN, HAL ) | |
| HENDERSON, STEVE SANTOS, ) | Removed from the Circuit Court |
| PATRICIA AIKEN, MATTHEW ) | of Randolph County, Alabama, |
| KING, ANGELA FINCH, SONYA ) | CV-05-149 |
| COLEY, JASON DELK, and the ) | |
| Defendants A, B, C, D, E, X & Z ) | |
| whether singular or plural, being those ) | |
| persons, firms or entities who or which ) | |
| proximately caused or contributed to ) | |
| the Plaintiff's personal injury and ) | |
| Plaintiff's other harm and the other ) | |
| damages as complained of herein whose ) | |
| true names are unknown to the Plaintiff ) | |
| but will be added by amendment when ) | |
| correctly ascertained, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

*W. C. M*[signature]
_____
Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
    wmcgowin@bradleyarant.com
    gparker@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

James S. Hubbard
Hubbard & Knight
1125 Noble Street
Anniston, Alabama 36201

Steve Morris
Post Office Box 814
Wedowee, Alabama 36278

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 19th day of October, 2005.

Respectfully submitted,

*W. C. M*

Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
         wmcgowin@bradleyarant.com
         gparker@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.