IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MAY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER: 3:05cv998-E |
| MERCK & CO., INC., a foreign or domestic corporation, ROBERT M. WALL, GARY HARLAN, HAL HENDERSON, STEVE SANTOS, PATRICIA AIKEN, MATTHEW KING, ANGELA FINCH, SONYA COLEY, JASON DELK, and the Defendants A, B, C, D, E, X & Z whether singular or plural, being those persons, firms or entities who or which proximately caused or contributed to the Plaintiff's personal injury and Plaintiff's other harm and the other damages as complained of herein whose true names are unknown to the Plaintiff but will be added by amendment when correctly ascertained, | ) Removed from the Circuit Court of Randolph County, Alabama, CV-05-149 |
| Defendants. | ) |

## MOTION TO DISMISS

Without waiving any other defense he may have to this lawsuit, Defendant Robert M. Wall moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Wall states that he has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Merck & Co., Inc.'s Notice of Removal.

*W. C. M[signature]*

Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
          wmcgowin@bradleyarant.com
          gparker@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

James S. Hubbard
Hubbard & Knight
1125 Noble Street
Anniston, Alabama 36201

Steve Morris
Post Office Box 814
Wedowee, Alabama 36278

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 19th day of October, 2005.

Respectfully submitted,

*/s/ W. C. McGowin*

Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
        wmcgowin@bradleyarant.com
        gparker@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.