EXHIBIT A

FILED
2005 May-02 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MARTHA ANN LEMOND, | ] |
| Plaintiff(s), | ] |
| vs. | ] CV05-CO-00691-W |
| MERCK & CO., INC., | ] |
| Defendant(s). | ] |

ORDER

Plaintiff has not responded to the Court's order of April 20, 2005, and has not otherwise objected to the defendant's motion to stay. Accordingly, the motion is granted and this action is STAYED pending transfer of the case to MDL 1657.

Done this 2nd day of May 2005.

L. SCOTT COOGLER

Page 1 of 2

UNITED STATES DISTRICT JUDGE

130122



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

LINDA MILLER as Administrator
of the Estate of Geneva Adams,
deceased,

    Plaintiff,

vs.

    CASE NO. CV-05-J-697-NW

MERCK & CO., INC.,

    Defendants.

### ORDER

Pending before the court is the defendant's motion to stay of all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation (doc. 6). The court having considered said motion and being of the opinion said motion is due to be granted;

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED**. This case is **STAYED** pending a determination on conditional transfer by the Judicial Panel on Multidistrict Litigation.

**DONE and ORDERED** this the 20th day of April, 2005.

                                          INGE PRYTZ JOHNSON
                                          U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ORAL L. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:04-cv-1247-F |
| MERCK & COMPANY, INC., | ) |
| Defendant. | ) |

## ORDER

This cause is before the court on the Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. # 4) filed by the defendant on December 30, 2004. Although given an opportunity to do so, the plaintiff has filed no objection to the motion.[1] Accordingly, upon consideration of the motion and the lack of objection thereto, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the above-styled action is STAYED pending a decision from the Panel on Multidistrict Litigation as to the propriety of a transfer.

DONE this 24th day of January, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] See Doc. # 5 (Order directing plaintiff to shall show cause in writing on or before January 18, 2005 as to why the motion should not be granted.)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ROUNTREE, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05CV185-F |
| MERCK & CO., INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the Motion To Stay All Proceedings Pending Transfer Decision, filed on March 2005 (Doc. #), is GRANTED. It is therefore further

ORDERED that proceedings in this case shall be stayed pending transfer to the proceeding established in the United States District Court for the Eastern District of Louisiana for multi-district litigation of this dispute.

DONE this 29th day of March, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report       Page 1 of 3

STAY

## U.S. District Court
### Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00484-JEO

Ray v. Merck & Co Inc
Assigned to: Magistrate-Judge John E Ott
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/07/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Carl E Ray, Jr       represented by   Ike Gulas
COCHRAN CHERRY GIVENS SMITH GULAS & STUCKEY
2031 2nd Avenue North
Birmingham, AL 35203
879-1234
Fax: 879-1247
Email: ikc@gulaslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Nicola Thompson Drake
WHATLEY DRAKE LLC
2323 Second Avenue North
Post Office Box 10647
Birmingham, AL 35202-0647
322-3027
Email: ecf@whatleydrake.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Russell Jackson Drake
WHATLEY DRAKE LLC
2323 Second Avenue North
Post Office Box 10647
Birmingham, AL 35202-0647
328-9576
Email: ecf@whatleydrake.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

W Todd Harvey
WHATLEY DRAKE LLC
2323 Second Avenue North
Post Office Box 10647
Birmingham, AL 35202-0647

https://ecf.alnd.uscourts.gov/cgi-bin/DktRpt.pl?573130626267454-L_280_0-1       5/9/2005

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report　　Page 2 of 3

```
                                        328-9576
                                        Email: ecf@whatleydrake.com
                                        LEAD ATTORNEY
                                        ATTORNEY TO BE NOTICED
```

V.

**Defendant**

Merck & Co Inc　　　　　represented by　Anne Marie Seibel
　　　　　　　　　　　　　　　　　　　　BRADLEY ARANT ROSE & WHITE
　　　　　　　　　　　　　　　　　　　　PO Box 830709
　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35283-0709
　　　　　　　　　　　　　　　　　　　　521-8000
　　　　　　　　　　　　　　　　　　　　Email: aseibel@bradleyarant.com
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　F M Haston, III
　　　　　　　　　　　　　　　　　　　　BRADLEY ARANT ROSE & WHITE
　　　　　　　　　　　　　　　　　　　　PO Box 830709
　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35283-0709
　　　　　　　　　　　　　　　　　　　　521-8000
　　　　　　　　　　　　　　　　　　　　Email: thaston@bradleyarant.com
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2005 | 1 | COMPLAINT against Merck & Co Inc (Filing fee $ 250. receipt # 200 213330), filed by Carl E Ray, Jr.(KGE, ) (Entered: 03/09/2005) |
| 03/07/2005 | 2 | Request for service by certified mail filed by Carl E Ray, Jr. (KGE, ) (Entered: 03/09/2005) |
| 03/09/2005 | 3 | Summons Issued as to Merck & Co Inc., mailed certified mail (KGE, ) (Entered: 03/09/2005) |
| 03/11/2005 | 4 | SUMMONS Returned Executed by pla Carl E Ray, Jr against Merck & Co Inc. [no date on green card, post office date of 3/10/04] (KGE, ) (Entered: 03/14/2005) |
| 03/24/2005 | 5 | NOTICE of Appearance by Ike Gulas on behalf of Carl E Ray, Jr (Gulas, Ike) (Entered: 03/24/2005) |
| 03/29/2005 | 6 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Seibel, Anne) (Entered: 03/29/2005) |
| 03/29/2005 | 7 | NOTICE of Corporate Disclosure by Merck & Co Inc (Seibel, Anne) (Entered: 03/29/2005) |
| 03/29/2005 | 8 | MOTION to Stay by Merck & Co Inc. (Attachments: # 1 Exhibit A to |

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report                Page 3 of 3

| | | |
|---|---|---|
| | | Merck's Motion to Stay# 2 Exhibit B to Merck's Motion to Stay)(Seibel, Anne) (Entered: 03/29/2005) |
| 04/07/2005 | | ORDER. The defendant's Motion to Stay 8 is hereby GRANTED. All proceedings in this case are STAYED pending transfer to the MDL proceeding that has been established in the Eastern District of Louisiana. Signed by Judge John E. Ott on 04/07/05. (DSS) (Entered: 04/07/2005) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 05/09/2005 10:53:28 | |
| PACER Login: ba0105 | Client Code: |
| Description: Docket Report | Search Criteria: 2:05-cv-00484-JEO |
| Billable Pages: 1 | Cost: 0.08 |

https://ecf.alnd.uscourts.gov/cgi-bin/DktRpt.pl?575313062626745-L_280_0-1                5/9/2005

STAY

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00484-JEO

Ray v. Merck & Co Inc
Assigned to: Magistrate-Judge John E Ott
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/07/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Carl E Ray, Jr

represented by **Ike Gulas**
COCHRAN CHERRY GIVENS SMITH GULAS & STUCKEY
2031 2nd Avenue North
Birmingham, AL 35203
879-1234
Fax: 879-1247
Email: Ike@gulaslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicola Thompson Drake**
WHATLEY DRAKE LLC
2323 Second Avenue North
Post Office Box 10647
Birmingham, AL 35202-0647
322-3027
Email: ecf@whatleydrake.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Jackson Drake**
WHATLEY DRAKE LLC
2323 Second Avenue North
Post Office Box 10647
Birmingham, AL 35202-0647
328-9576
Email: ecf@whatleydrake.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Todd Harvey**
WHATLEY DRAKE LLC
2323 Second Avenue North
Post Office Box 10647
Birmingham, AL 35202-0647

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report          Page 2 of 3

```
                                                        328-9576
                                                        Email: ccf@whatleydrake.com
                                                        LEAD ATTORNEY
                                                        ATTORNEY TO BE NOTICED
```

V.

Defendant

Merck & Co Inc                    represented by  Anne Marie Seibel
                                                  BRADLEY ARANT ROSE & WHITE
                                                  PO Box 830709
                                                  Birmingham, AL 35283-0709
                                                  521-8000
                                                  Email: aseibel@bradleyarant.com
                                                  LEAD ATTORNEY
                                                  ATTORNEY TO BE NOTICED

                                                  F M Haston, III
                                                  BRADLEY ARANT ROSE & WHITE
                                                  PO Box 830709
                                                  Birmingham, AL 35283-0709
                                                  521-8000
                                                  Email: thaston@bradleyarant.com
                                                  LEAD ATTORNEY
                                                  ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2005 | 1 | COMPLAINT against Merck & Co Inc (Filing fee $ 250, receipt # 200 213330), filed by Carl E Ray, Jr.(KGE, ) (Entered: 03/09/2005) |
| 03/07/2005 | 2 | Request for service by certified mail filed by Carl E Ray, Jr. (KGE, ) (Entered: 03/09/2005) |
| 03/09/2005 | 3 | Summons Issued as to Merck & Co Inc., mailed certified mail (KGE, ) (Entered: 03/09/2005) |
| 03/11/2005 | 4 | SUMMONS Returned Executed by pla Carl E Ray, Jr against Merck & Co Inc, [no date on green card, post office date of 3/10/04] (KGE, ) (Entered: 03/14/2005) |
| 03/24/2005 | 5 | NOTICE of Appearance by Ike Gulas on behalf of Carl E Ray, Jr (Gulas, Ike) (Entered: 03/24/2005) |
| 03/29/2005 | 6 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Seibel, Anne) (Entered: 03/29/2005) |
| 03/29/2005 | 7 | NOTICE of Corporate Disclosure by Merck & Co Inc (Seibel, Anne) (Entered: 03/29/2005) |
| 03/29/2005 | 8 | MOTION to Stay by Merck & Co Inc. (Attachments: # 1 Exhibit A to |

https://ecf.alnd.uscourts.gov/cgi-bin/DktRpt.pl?573130626267454-L_280_0-1                5/9/2005

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report                    Page 3 of 3

| | | |
|---|---|---|
| | | Merck's Motion to Stay# 2 Exhibit B to Merck's Motion to Stay)(Seibel, Anne) (Entered: 03/29/2005) |
| 04/07/2005 | | ORDER. The defendant's Motion to Stay 2 is hereby GRANTED. All proceedings in this case are STAYED pending transfer to the MDL proceeding that has been established in the Eastern District of Louisiana. Signed by Judge John E. Ott on 04/07/05. (DSS) (Entered: 04/07/2005) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/09/2005 10:53:28 | | |
| PACER Login: | bn8105 | Client Code: |
| Description: | Docket Report | Search Criteria: 2:05-cv-00484-JEO |
| Billable Pages: | 1 | Cost: 0.08 |

https://ecf.alnd.uscourts.gov/cgi-bin/DktRpt.pl?573130626267454-L_280_0-1                        5/9/2005

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report         Page 1 of 3

STAY

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00586-HGD

Spivey et al v. Merck & Company, Inc.,  
Assigned to: Magistrate-Judge Harwell G Davis, III  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/18/2005  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

Herman D Spivey

represented by Karen D Farley  
PATE LLOYD & COCHRUN LLP  
PO Box 10448  
Birmingham, AL 35202-0448  
323-3900  
Email: filings@plc-law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

William B Lloyd, Jr  
PATE LLOYD & COCHRUN LLP  
PO Box 10448  
Birmingham, AL 35202-0448  
323-3900  
Email: filings@plc-law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mary Carolyn Spivey

represented by Karen D Farley  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

William B Lloyd, Jr  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Merck & Company, Inc.,  
*a New Jersey Corporation*

represented by Anne Marie Seibel  
BRADLEY ARANT ROSE & WHITE  
PO Box 830709

https://ecf.alnd.uscourts.gov/cgi-bin/DktRpt.pl?892193142030862-L_280_0-1         5/9/2005

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report   Page 2 of 3

Birmingham, AL 35283-0709
521-8000
Email: aseibel@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Benjamin Collier Wilson
RUSHTON STAKELY JOHNSTON &
GARRETT PA
PO Box 270
Montgomery, AL 36101-0270
1-334-206-3100
Email: bcw@rsjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

F M Haston, III
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Mike Brock
RUSHTON STAKELY JOHNSTON &
GARRETT PA
184 Commerce Street
PO Box 270
Montgomery, AL 36101-0270
334-206-3100
Fax: 334-262-6277
Email: rcb@rsjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2005 | 1 | COMPLAINT with jury demand against Merck & Company, Inc., (Filing fee $ 250.00 w/ receipt #200 213681) filed by Herman D Spivey and Mary Carolyn Spivey.(SPT, ) (Entered: 03/21/2005) |
| 03/18/2005 | 2 | Request for service by certified mail filed by Herman D Spivey and Mary Carolyn Spivey. (SPT, ) (Entered: 03/21/2005) |
| 03/21/2005 | 3 | Summons Issued as to Merck & Company, Inc. for service by certified mail (SPT, ) (Entered: 03/21/2005) |
| 03/24/2005 | 4 | SUMMONS Returned Executed by Herman D Spivey and Mary Carolyn |

CM/ECF - U.S. District Court Northern District of Alabama - Docket Report                        Page 3 of 3

| | | |
|---|---|---|
| | | Spivey. Merck & Company, Inc., served on 3/23/2005, answer due 4/12/2005. (SPT, ) (Entered: 03/28/2005) |
| 04/08/2005 | 5 | ANSWER to Complaint with Jury Demand by Merck & Company, Inc., (Seibel, Anne) (Entered: 04/08/2005) |
| 04/08/2005 | 6 | NOTICE of Corporate Disclosure by Merck & Company, Inc., (Seibel, Anne) (Entered: 04/08/2005) |
| 04/08/2005 | 7 | MOTION to Stay by Merck & Company, Inc.,. (Attachments: # 1 Exhibit A to Merck's Motion to Stay# 2 Exhibit B to Merck's Motion to Stay# 3 Exhibit C to Merck's Motion to Stay)(Seibel, Anne) (Entered: 04/08/2005) |
| 04/11/2005 | | ORDER granting 7 Motion to Stay . Signed by Judge Harwell G Davis III on 04/11/05. (LBG, ) (Entered: 04/11/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2005 10:54:18 | | | |
| PACER Login: | ba0105 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-00586-HGD |
| Billable Pages: | 1 | Cost: | 0.08 |