IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARGUERITE WOODS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-0425-CG-M |
| | ) | |
| MERCK & CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on motion of defendant, Merck & Co., Inc. ("Merck"), to stay to allow transfer to the MDL (Doc. 3), plaintiff's response (Doc. 15), and plaintiff's motion to remand and for expedited hearing (Doc. 14). For reasons discussed below, the court finds that a stay is appropriate.

Merck removed this case to this court claiming diversity jurisdiction in that the resident defendants were fraudulently joined. Plaintiff contends that Merck has not demonstrated that plaintiff has failed to establish a colorable claim against the resident defendants. As a result, plaintiff asserts that the action should be remanded. Plaintiff cites similar cases in this district as well as other districts in Alabama which have concluded that remand was appropriate. However, the court notes that this court has also found it appropriate to stay such actions in the past. For instance, this court stayed the proceedings in Faith Beverly et al. v. Wyeth, et al., 03-cv-0866-CB-C (S.D. Ala.) stating the following:

> A district has the authority to stay proceedings in cases pending before it. Landis v. North American Co., 299 U.S. 248 (1936); CTI-Container Leasing Corp. v. Uiterwyk, 685 F.2d 1284 (11th Cir. 1982). "[T]he power to stay proceedings is

incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis, 299 U.S. at 166. This authority extends to cases in which a transfer decision by the MDL Panel is pending. [Footnote: The existence of a conditional transfer order does not divest the transferor court of jurisdiction, 18 U.S.C. § 1407; JPML Rule 1.5.] See, e.g., Hertz Corp. v. The Gator Corp., 250 F.Supp.2d 421, 424 (D.N.J. 2003). The existence of jurisdictional objections do not affect either the transferor court's ability to issue a stay or the MDL Panel's authority to transfer an action. Moore v. Wyeth-Ayerst Laboratories, 236 F.Supp.2d 509, 512 (D. Md. 2002).

A stay of proceedings in potential MDL cases is appropriate when it promotes judicial economy and efficiency. Rivers v. Walt Disney Co., 908 F.Supp. 1358, 1360 (C.D. Cal. 1997). When jurisdictional issues are raised that may arise "in hundreds or even thousands of cases throughout the nation . . . consistency as well as economy [are] . . . served" by having those issues decided by a single court. In re Ivy, 901 F.2d 7, 9 (2nd Cir. 1990); accord In re Air Crash Disaster at Florida Everglades, 368 F.Supp. 812 (J.P.M.L. 1973). Consequently, a stay is proper where the motion to remand raises issues that have been or are likely to be decided by the transferee court. See, e.g., Gonzalez v. American Home Products Corp., 223 F.Supp.2d 803 (S.D. Tex. 2002) (granting motion to stay despite pending motion to remand because dispositive issue was probably common to other related MDL cases); Moore, 236 F.Supp.2d at 510-11 (granting motion to stay where transferee court had already decided similar motions to remand); Medical Society of State of New York v. Connecticut General Corp., 187 F.Supp.2d 89 (S.D.N.Y. 2001) (same); but see Shields v. Bridgestone/Firestone, Inc., 232 F.Supp.2d 715 (E.D. Tex. 2002) (denying motion to stay and deciding motion to remand in case pending MDL transfer); Good v. Prudential Ins. Co. of America, 5 F.Supp.2d 804 (N.D. Cal. 1998) (same).

The jurisdictional issue in this case is whether the individual defendants, who are current or former sales representatives for Wyeth, were fraudulently joined to defeat federal subject matter jurisdiction. Motions to remand involving fraudulent joinder have been addressed numerous times by the transferee court. See, e.g., In re Diet Drugs Liability Litigation, ___ F.Supp.2d ___, 2003 WL 22931359 (E.D. Pa. July 30, 2003); id., 2003 WL 21973329 (E.D. Pa. June 12, 2003) (applying Alabama law to case removed from Alabama state court); id. 220 F.Supp.2d 414 (E.D. Pa. 2002); id. 2000 WL 1886594 (E.D. Pa. Dec. 7, 2000); id. 2000 WL 217509 (E.D. Pa. Feb. 15, 2000); id. 1999 WL 554584 (E.D. Pa. July 16, 1999) (applying Alabama law to case removed from Alabama state court); id. 1999 WL 554608 (E.D. Pa. June 29, 1999); id. 1198 WL 254967 (E.D. Pa. Apr. 16, 1998). In fact, one of the transferee court's orders denying remand addressed the alleged fraudulent joinder of a pharmaceutical sales representative in a case removed from Alabama state court. In re Diet Drugs Liability Litigation, 2003 W. 21973329 (E.D. Pa June 12, 2003).

> In the interest of judicial economy and to avoid inconsistent results, the motion to stay is hereby GRANTED. This stay will remain in effect until the Court is notified of the MDL Panel's decision as to whether to transfer this action.

Id. at Doc. 12, Order dated February 13, 2004. The undersigned judge agrees with the reasoning of the above quoted order and finds the analysis applicable to the instant case. Thus, the court finds it appropriate to stay this case.

## CONCLUSION

For the above stated reasons, defendant's motion to stay (Doc. 3) is **GRANTED** and this case is hereby **STAYED**. This stay will remain in effect until the court is notified of the MDL Panel's decision as to whether to transfer this action.

**DONE and ORDERED** this 17th day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE JONES, et al., | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:05-CV-427-RDP |
| MERCK & COMPANY, INC., et al., | } |
| Defendants. | } |

### ORDER

Pending before the court are Plaintiff's Motion to Reconsider Order Granting Defendant's Motion to Stay and Motion for Oral Argument (Doc. #20) filed on April 15, 2005, and Defendant Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Reconsider Order Granting Defendant's Motion to Stay (Doc. #22) filed on April 22, 2005. Plaintiff's Motion to Reconsider Order Granting Defendant's Motion to Stay and Motion for Oral Argument is **GRANTED IN PART** and **DENIED IN PART**. More specifically, Plaintiff's Motion for Oral Argument is **GRANTED** as the court held a telephone conference in this case on April 25, 2005, beginning at 2:00 p.m.

However, with respect to Plaintiff's Motion to Reconsider Order Granting Defendant's Motion to Stay, as discussed during the conference call, the court recently received a letter from the Judicial Panel on Multidistrict Litigation dated April 5, 2005, enclosing a copy of the conditional transfer order relating to the transfer of this case to MDL-1657–*In re Vioxx Products Liability Litigation*. In light of this development and for the reasons set forth in Defendant Merck & Co., Inc.'s Opposition to Plaintiff's Motion to Reconsider Order Granting Defendant's Motion to Stay, Plaintiff's Motion to Reconsider Order Granting Defendant's Motion to Stay is **DENIED**.

DONE and ORDERED this \_\_\_25th\_\_\_ day of April, 2005.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

2

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YOLANDA KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:05cv165-T |
| | ) (WO) |
| MERCK & COMPANY, INC., a | ) |
| foreign corporation, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

It is ORDERED that Merck & Co, Inc.'s motion to stay (Doc. No. 8) is granted and that this cause is stayed pending a decision by the MDL panel as to whether this case should be transferred to an MDL court.

DONE, this the 26th day of April, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

FILED
2005 Jun-01 AM 08:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

DOUGLAS McARTHUR FOSTER,

    Plaintiffs,

vs.                           CASE NO. CV-05-J-907-J

MERCK & CO., INC.,

    Defendant.

### ORDER

The defendant having filed a motion to stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation (doc. 6), and the court having considered said motion and being of the opinion said motion is due to be granted;

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED**. This case is **STAYED** pending a determination on conditional transfer by the Judicial Panel on Multidistrict Litigation.

**DONE and ORDERED** this the 31st day of May, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE

CLOSED, STAY

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00876-RDP

Brown v. Merck & Company, Inc.
Assigned to: Judge R David Proctor
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/27/2005
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Joslyn Brown**
*As Administrator of the Estate of Willie Mae Embry, Deceased*

represented by **D Frank Davis**
DAVIS & NORRIS LLP
One Highland Place
2151 Highland Avenue, Suite 100
Birmingham, AL 35205
930-9900
Email: fdavis@davisnorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E Norris**
DAVIS & NORRIS LLP
One Highland Place
2151 Highland Avenue, Suite 100
Birmingham, AL 35205
930-9900
Email: jnorris@davisnorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler C Vail**
DAVIS & NORRIS LLP
One Highland Place
2151 Highland Avenue, Suite 100
Birmingham, AL 35205
930-9900
Email: tvail@davisnorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Merck & Company, Inc.**
*a New Jersey Corporation*

represented by **Anne Marie Seibel**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: aseibel@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Collier Wilson**
RUSHTON STAKELY JOHNSTON &
GARRETT PA
PO Box 270
Montgomery, AL 36101-0270
1-334-206-3100
Email: bcw@rsjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F M Haston, III**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert "Mike" Brock**
RUSHTON STAKELY JOHNSTON &
GARRETT PA
184 Commerce Street
PO Box 270
Montgomery, AL 36101-0270
334-206-3276
Fax: 334-262-6277
Email: rcb@rsjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2005 | 1 | COMPLAINT against Merck & Company, Inc., filed by Joslyn Brown (Filing fee $ 250.00, receipt #200 214799.) (KSS, ) (Entered: 04/28/2005) |
| 04/27/2005 | 2 | Request for service by certified mail filed by Joslyn Brown. (KSS, ) (Entered: 04/28/2005) |
| 04/28/2005 | 3 | Summons Issued as to Merck & Company, Inc mailed certified mail. (KSS, ) (Entered: 04/28/2005) |
| 05/02/2005 | 4 | SUMMONS Returned Executed as to Merck & Company, Inc. served on 4/29/2005, answer due 5/19/2005. (KSS, ) (Entered: 05/03/2005) |
| 05/17/2005 | 5 | ANSWER to Complaint with Jury Demand by Merck & Company, Inc..(Seibel, Anne) (Entered: 05/17/2005) |
| 05/17/2005 | 6 | Corporate Disclosure Statement by Merck & Company, Inc.. (Seibel, Anne) (Entered: 05/17/2005) |
| 05/17/2005 | 7 | MOTION to Stay *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Seibel, Anne) (Entered: 05/17/2005) |
| 05/18/2005 | 8 | ALND UNIFORM INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS reminding parties of their obligations under FRCP 26(f) and LR 26.1 |

| | | |
|---|---|---|
| . | | (d). Signed by Judge R David Proctor on 5/18/2005. (KSS, ) (Entered: 05/18/2005) |
| 05/20/2005 | | ORDER granting 7 Motion to Stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation . Signed by Judge R David Proctor on 05/20/05. (SFR, ) (Entered: 05/20/2005) |
| 08/15/2005 | 9 | ORDER Transferring Case to MDL 1657: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the Eastern District of Louisiana for inclusion in MDL 1657; certified copy of docket entries and documents requested by transferee clerk mailed to Clerk of Court in the Eastern District of Louisiana. (KSS, ) (Entered: 08/15/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/16/2005 14:45:27 | | | |
| PACER Login: | ba0105 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-00876-RDP |
| Billable Pages: | 2 | Cost: | 0.16 |

CLOSED, STAY

# U.S. District Court
## Northern District of Alabama (Jasper)
## CIVIL DOCKET FOR CASE #: 6:05-cv-00906-LSC

Davis v. Merck & Company, Inc.  
Assigned to: Judge L Scott Coogler  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/29/2005  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Wilbur Clifford Davis**     represented by **Samuel W Junkin**  
SAMUEL W JUNKIN PC  
Alston Place, Suite 600  
601 Greensboro Avenue  
Tuscaloosa, AL 35401  
1-205-366-0111  
Email: samjunkin@bellsouth.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steven P Gregory**  
DICE & GREGORY LLC  
2824 Seventh Street  
Tuscaloosa, AL 35401  
1-205-758-2824  
Email: spg@diceandgregory.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Company, Inc.**     represented by **Anne Marie Seibel**  
BRADLEY ARANT ROSE & WHITE  
PO Box 830709  
Birmingham, AL 35283-0709  
521-8000  
Email: aseibel@bradleyarant.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**F Wendell Allen**  
BRADLEY ARANT ROSE & WHITE  
PO Box 830709  
Birmingham, AL 35283-0709  
521-8000  
Email: wallen@bradleyarant.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**F M Haston, III**

BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2005 | 1 | COMPLAINT against Merck & Company, Inc. (Filing fee $ 250.), filed by Wilbur Clifford Davis.(BST, ) (Entered: 05/02/2005) |
| 04/29/2005 | 2 | Request for service by certified mail filed by Wilbur Clifford Davis. (BST, ) (Entered: 05/02/2005) |
| 05/02/2005 | 3 | Summons Issued as to Merck & Company, Inc. mailed cert mail to dft. (BST, ) (Entered: 05/02/2005) |
| 05/05/2005 | 4 | SUMMONS Returned Executed Merck & Company, Inc. served on 5/4/2005, answer due 5/24/2005. (BST, ) (Entered: 05/06/2005) |
| 05/23/2005 | 5 | ANSWER to Complaint with Jury Demand by Merck & Company, Inc..(Allen, F) Additional attachment(s) added on 5/24/2005 (BST, ). (Entered: 05/23/2005) |
| 05/23/2005 | 6 | MOTION to Stay *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Merck & Company, Inc.. (Attachments: # 1 Exhibit A to Motion to Stay# 2 Exhibit B to Motion to Stay# 3 Exhibit C to Motion to Stay)(Allen, F) (Entered: 05/23/2005) |
| 05/23/2005 | 7 | Corporate Disclosure Statement by Merck & Company, Inc.. (Allen, F) (Entered: 05/23/2005) |
| 06/02/2005 | | ORDER granting 6 Motion to Stay case pending decision of MDL panel regarding transfer. Signed by Judge L Scott Coogler on 6/2/2005. (BST, ) (Entered: 06/02/2005) |
| 07/25/2005 | 8 | ORDER from the MDL panel transferring case to the USDC ED of LA; certified copy of complaint, docket sheet and MDL transfer order mailed to USDC ED of LA on 7/26/2005. (BST, ) (Entered: 07/26/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/16/2005 14:46:14 | | | |
| PACER Login: | ba0105 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:05-cv-00906-LSC |
| Billable Pages: | 1 | Cost: | 0.08 |

FILED
2005 Jun-08 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| CHAMIS KIMANI, individually and as the Administratrix of the Estate of DAVID KIMANI MURAGE, <br><br> Plaintiff, <br><br> vs. <br><br> MERCK & COMPANY, INC.; NEIL RUSH; GAVIN HAYDEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 7:05-cv-996-UWC ) ) ) ) ) |

## ORDER GRANTING MERCK & CO., INC.'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant Merck & Co., Inc.'s Motion To Stay All The Proceedings Pending Transfer Decision By The Judicial Panel On Multidistrict Litigation ("MDL") is hereby GRANTED. (Doc. 3.)

Defendant Merck & Co., Inc. shall file a status report every thirty (30) days until completion of the requested transfer to MDL.

Done this 7th day of June, 2005.

_U.W. Clemon_
U.W. Clemon
Chief United States District Judge

Page 1 of 1

STAY

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:05-cv-01064-RRA

Morton v. Merck & Co, Inc  
Assigned to: Magistrate-Judge Robert R Armstrong  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/23/2005  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

Neal Morton  
*an individual*

represented by **J Paul Sizemore**  
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC  
PO Box 4160  
Montgomery, AL 36103-4160  
1-334-269-2343  
Email: jessica.sanford@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Merck & Co, Inc  
*a foreign corporation*

represented by **Anne Marie Seibel**  
BRADLEY ARANT ROSE & WHITE  
PO Box 830709  
Birmingham, AL 35283-0709  
521-8000  
Email: aseibel@bradleyarant.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**F Wendell Allen**  
BRADLEY ARANT ROSE & WHITE  
PO Box 830709  
Birmingham, AL 35283-0709  
521-8000  
Email: wallen@bradleyarant.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**F M Haston, III**  
BRADLEY ARANT ROSE & WHITE  
PO Box 830709  
Birmingham, AL 35283-0709  
521-8000  
Email: thaston@bradleyarant.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**John David Owen**

BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Email: jowen@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2005 | 1 | COMPLAINT against Merck & Co, Inc (Filing fee $ 250.receipt 200 215610, filed by Neal Morton.(MAA, ) (Entered: 05/25/2005) |
| 05/23/2005 | 2 | Request for service by certified mail filed by Neal Morton. (MAA, ) (Entered: 05/25/2005) |
| 05/26/2005 | 3 | Summons Issued as to Merck & Co, Inc.mailed certified mail. (MAA, ) (Entered: 05/26/2005) |
| 06/01/2005 | 4 | SUMMONS Returned Executed upon Merck & Co, Inc, served on 5/27/2005, answer due 6/16/2005. (CTS, ) (Entered: 06/01/2005) |
| 06/16/2005 | 5 | ANSWER to Complaint with Jury Demand by Merck & Co, Inc.(Owen, John) (Entered: 06/16/2005) |
| 06/16/2005 | 6 | MOTION to Stay *Pending Transfer to MDL (Unopposed)* by Merck & Co, Inc. (Attachments: # 1 Exhibit A - MDL Transfer Order# 2 Exhibit B - MDL Tag-Along Letter# 3 Exhibit C - MDL PTO-1)(Owen, John) (Entered: 06/16/2005) |
| 06/16/2005 | 7 | Corporate Disclosure Statement by Merck & Co, Inc. (Owen, John) (Entered: 06/16/2005) |
| 06/24/2005 | | ORDER granting 6 Motion to Stay . Signed by Judge Robert R. Armstrong on 06/24/2005. (JSR, ) (Entered: 06/24/2005) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 06/24/2005 10:12:48 |||
| PACER Login: | ba0105 | Client Code: |
| Description: | Docket Report | Search Criteria: 2:05-cv-01064-RRA |
| Billable Pages: | 1 | Cost: 0.08 |

FILED
2005 Jun-30 AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUANELL Y. McBRAYER WILKES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-RRA-1214-S |
| ) | |
| MERCK & CO., INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER
(Re Defendants' Motion to Stay, ct. doc. 5; Plaintiff's Motion to Remand, ct. doc. 7 )

The complaint and the parties' submissions concerning the above-stated motions have been studied. The plaintiffs allege that the treating resident physicians knew sufficient information about Vioxx and Celebrex to appreciate that neither should have been prescribed to the plaintiffs. They also contradictorily allege that Merck concealed material information from the physician defendants, who would have acted differently if properly warned regarding the risk and dangers associated with Vioxx and Celebrex. Moreover, the plaintiffs' only allegation against the physicians is the conclusory allegation that they "negligently, wantonly, and/or wrongfully prescribed and/or provided samples of the brand-name prescription drugs Vioxx and Celebrex to the plaintiffs with actual and/or constructive knowledge of the risk and dangers associated with the use of Vioxx and Celebrex." *Complaint* ¶ 63.  Under Alabama law,

> In any action for injury, damages, or wrongful death, whether in contract or in tort, against a health care provider for breach of the standard of care the plaintiff shall include in the complaint a detailed specification and a factual description of each act and omission alleged by plaintiff to render the health

>care provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts. . . . any complaint which fails to include such detailed specification and factual description of each act and omission shall be subject to dismissal for failure to state a claim upon which relief may be granted.

Ala. Code § 6-5-551. It is noted that numerous cases against Merck have been filed in this court and have been transferred to the MDL court.

Because of the contradictory allegations against the physician defendants, and the failure of the complaint to comply with Alabama law concerning specificity in making allegations against physicians, it appears to be a good possibility that it will be determined that the individual defendants were fraudulently joined. If it were <u>clear</u> that these physicians were not fraudulently joined, and if judges from this district were ruling on the motions to remand, this motion to stay might be denied and the motion to remand ruled on. The opposite being the event, and in order to have consistent rulings, the motion to stay is **GRANTED**, and all proceedings in this case, including the motion to remand, are **STAYED** pending action by the MDL court.

DONE this 30th day of June, 2005.

*/s/ Robert R. Armstrong*
ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE

-3-

STAY

# U.S. District Court
## Northern District of Alabama (Middle)
### CIVIL DOCKET FOR CASE #: 4:05-cv-01616-KOB

McMichen et al
Assigned to: Judge Karon O Bowdre
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/28/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Helen McMichen

represented by **Tom Dutton**
PITTMAN HOOKS DUTTON DIRBY & HELLUMS PC
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203
322-8880
Email: PHDKH-efiling@pittmanhooks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas D. Powell
*an individual*

represented by **Tom Dutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nellie Warren
*an individual*

represented by **Tom Dutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Janice Richardson
*an individual*

represented by **Tom Dutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lane Tyler Morris
*as personal representative of the Estate of Bennie M. Morris, deceased*

represented by **Tom Dutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Merck & Co., Inc.
*a New Jersey corporation*

represented by **John David Owen**
BRADLEY ARANT ROSE & WHITE
PO Box 830709

Birmingham, AL 35283-0709
521-8000
Email: jowen@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2005 | 1 | COMPLAINT against Merck & Co., Inc. w/request for service by certified mail attached therein (Filing fee $ 250, receipt #200 217523.), filed by Lane Tyler Morris, Helen McMichen, Thomas D. Powell, Nellie Warren, Janice Richardson.(KLL, ) (Entered: 07/29/2005) |
| 07/29/2005 | 2 | Summons Issued as to Merck & Co., Inc. Mailed certified mail (KLL, ) (Entered: 07/29/2005) |
| 08/03/2005 | 3 | SUMMONS Returned Executed: Merck & Co., Inc. served on 8/1/2005, answer due 8/22/2005. (KLL, ) (Entered: 08/03/2005) |
| 08/05/2005 | 4 | ANSWER to Complaint with Jury Demand by Merck & Co., Inc..(Owen, John) (Entered: 08/05/2005) |
| 08/05/2005 | 5 | Corporate Disclosure Statement by Merck & Co., Inc.. (Owen, John) (Entered: 08/05/2005) |
| 08/05/2005 | 6 | MOTION to Stay *Pending MDL Transfer (Unopposed)* by Merck & Co., Inc.. (Attachments: # 1 Exhibit A - Tag-Along Letter# 2 Exhibit B - June 20, 2005 Transfer Order# 3 Exhibit C - Vioxx PTO-1)(Owen, John) (Entered: 08/05/2005) |
| 08/08/2005 | | ORDER granting 6 Motion to Stay . Signed by Judge Karon O Bowdre on 8/8/2005. (KOBLC1, ) (Entered: 08/08/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2005 16:15:52 | | | |
| PACER Login: | ba0105 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:05-cv-01616-KOB |
| Billable Pages: | 1 | Cost: | 0.08 |