EXHIBIT I

1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
                NEW ORLEANS, LOUISIANA



IN RE:   VIOXX PRODUCTS        *   Docket MDL 1657-L
         LIABILITY LITIGATION  *
                               *   June 23, 2005
                               *
* * * * * * * * * * * * * * *  *   9:30 a.m.



            STATUS CONFERENCE BEFORE THE
              HONORABLE ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        Seeger Weiss
                           BY:  CHRISTOPHER A. SEEGER, ESQ.
                           One William Street
                           New York, New York 10004

For the Defendants:        Stone Pigman Walther Wittmann
                           BY:  PHILLIP A. WITTMANN, ESQ.
                           546 Carondelet Street
                           New Orleans, Louisiana 70130

Official Court Reporter:   Toni Doyle Tusa, CCR
                           500 Poydras Street, Room B-406
                           New Orleans, Louisiana 70130
                           (504) 589-7778


Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

21

1  with this issue in that fashion. We have a confidentiality
2  agreement which will allow the defendants comfort to produce
3  certain information without fear that their future economic
4  security is in jeopardy. The remand issues.
5      MR. SEEGER: Judge, that's in the report. You are
6  going to be dealing with remand motions as a group by
7  procedures that you will be setting up.
8      THE COURT: Right. This is always an issue which the
9  MDL Court has to look at. The question is posed. There are
10 various issues of remand in various cases throughout the
11 country. Again, a significant advantage of the MDL concept is
12 some consistency. The Rule of Law is really based on
13 consistency. If different decisions are made by numerous
14 judges, then you have no consistency and no predictability and
15 no one knows exactly what to do or how to do it. It's easier
16 if one court decides some of these matters than if 50 or 100
17 courts decide the matter.
18      I'm conscious of dealing with the remand as
19 quickly as possible, but I do want to get them all together,
20 look at them, see if I can group them in some way, and then
21 direct my attention on each particular group and deal with that
22 issue in a consistent and fair fashion for that group. I will
23 be dealing with them as quickly as I can, but also with an idea
24 of having more consistency. I'll be speaking about this
25 perhaps later on because I do have some concepts and ideas