IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. MAY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-998-F |
| ) | |
| MERCK & CO., INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motions to Dismiss (Doc. #4, #5, #7 & #8) filed on October 19, 2005, it is hereby ORDERED that:

1. The plaintiff file his response which shall include a brief and any evidentiary materials on or before December 2, 2005.

2. The defendants may file a reply brief on or before December 9, 2005.

DONE this 18th day of November, 2005.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE