IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-998-F |
| | ) | |
| MERCK & CO., INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

Upon consideration of the plaintiff's Motion to Remand (Doc. #11) filed on November

23, 2005, it is hereby

ORDERED that the defendants file its response which shall include a brief and any

evidentiary materials on or before December 14, 2005.  The plaintiff may file a reply brief

on or before December 21, 2005.

DONE this 1st day of December, 2005.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE