

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM COOK, | ) |
| Plaintiff, | ) ) ) |
| vs | ) CIVIL ACTION NO. 02-RRA-2710-S ) |
| MERCK & COMPANY, INC., et al, | ) ) |
| Defendants. | ) |

### ORDER

The motion to remand is **GRANTED**, and this case is ORDERED remanded to the state court from which it was removed. The Clerk shall effect the remand after ten (10) days.[1]

DONE this day 10th of February, 2005.

*Robert R Armstrong*
ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are directed to Rule 72(b), *Federal Rules of Civil Procedure*, and the General Order of Referrals of Civil Matters to United States Magistrate Judges at paragraph 5.