FILED
2005 May-24 AM 11:57
U.S. DISTRICT COURT
N.D. OF ALABAMA



Professional Presence

Gaining access and building relationships with the gatekeeper and customers are key to providing you the opportunity to influence your customers behaviors. "We've talked about the universals you can apply as you build relationships with your customer (block party) and how the gatekeepers perceptions could make break your access to physician (gatekeeper video). How you present yourself professionally can make a difference on how successful you are in building relationships, gaining access and selling. Let's take a look at the basics of professional presence.

1

Confidential - Subject To Protective Order

MRK-H.5STM000331



Before we get into the basic behaviors of professional presence. We have a lot of sales/professional experience in the room. Let share...

Q: "What does Professional Presence look like to you?"

2

Confidential – Subject To Protective Order

MRK-H.5STM000332

**Merck Professionalism**

**Appearance**
- Business Attire
- Name Badge

**Be Prepared/Organized**
- Samples
- Sales Aids

**Common Courtesy**
- Aware of your surroundings
- Respectful of customers' time and needs

*USHH* Professional
Development System
The Track to the Top

2. Appearance - refer back to Expectations presentation day 1. Your appearance should always be well groomed with appropriate attire. Always wear your name tag. Look prepared/organized with sales aids and samples.

3. Common Courtesy - You should always be aware of your surroundings. Be respectful of paying customers; time constrains of your gatekeeper; needs of the entire staff and logistics. Position yourself in the office so you're in "eyesight" of the gatekeeper (look interested and ready to respond)

ϸDiscuss Best Practices on how you can use "waiting" time in physician's office.

ϸDiscuss Tips on when/how to re-approach gatekeeper when you've been waiting to see the physician.

3

Confidential - Subject To Protective Order

MRK-H.5STM000333

**Merck Professionalism cont'd**

Nonverbal cues
- Smile
- Eye contact
- Look interested
- Posture

Remember, when the customer sees you, s/he sees MERCK

*USHH* Professional
Development System
The Track to the Top

4. Nonverbal cues - are just as important for professional presence. Make eye contact with the person your talking to; smile and look interested like you belong there to provide value added service

ρ Remember, when the gatekeeper sees you... s/he sees Merck... One of the best assets you have is what Merck stands for. A reputation forged by many representatives before you, symbolizing the best!!!

4

Confidential - Subject To Protective Order

MRK-H.5STM000334



All successful sales representatives are well organized and well prepared. These skills translate in winning over our customers. After introducing yourself, ask for the office policy and procedures for seeing reps. Get all the necessary information and record it for future reference. Always get the name of the person you are speaking too. Find out any special needs for the office.

5

Confidential - Subject To Protective Order

MRK-H.5STM000335



Always follow the rules of the office. Remember to utilize the information gathered every time your in the office. Remember the goal is to differentiate you from your competitor by being seen as a partner/consultant to the office that provides value added service to the office.

6

Confidential - Subject To Protective Order

MRK-H.5STM000336



Let us take a look at Merck's standards when it comes to professional presence...

1. Introduction - always present your business card and state your name, the company and your product responsibilities. Remember the ABCs of Introductions and Salutations:

*A stands for Authority* - The old rule of age or gender no longer applies in the business setting. When introducing others, mention the name of the person of greatest authority first. Otherwise, introduce a customer first.

Persons of lesser authority are introduced to persons of greater authority.

> "Dr. Jones, I would like to introduce you to Bob Wagner, my Business Manager."

*B stands for Basic* - Say each person's name once.

*C stands for Clarify* - Give a bit of information about each person.

> "Dr. Brenner, I'd like you to meet Ms. Bernadette Smith, who is this region's Senior Business Director for Merck."

The host should meet and greet the guests at business functions upon their arrival. If you are not introduced, do it yourself.

> "Hi. I'm Cynthia Phillips with Merck. Jim and I share this territory."

Another "rule" about introductions is that every one should stand when being introduced.          7

Confidential - Subject To Protective Order



8

Confidential - Subject To Protective Order

MRK-H.5STM000338



You Shake When:

⇒Someone offers his/her hand to you

⇒First meeting someone

⇒Greeting guests

⇒Greeting your host/hostess

⇒Renewing an acquaintance

⇒Saying good-bye


•Initiate the handshake if you are the highest ranking person of authority in the group.  If not, wait for the highest ranking person of authority to extend his/her hand first.

•If the person in authority has not extended her/his hand, then extend your hand, while saying your name.


The Proper Shake:

⇒Proper positioning for the handshake is to extend your hand at a slight angle, touch thumb joint to thumb joint, and then wrap your fingers firmly, then gently pump your hand up and down two or three times, then let go.

⇒Comes with eye contact

⇒Is firm but painless

⇒Lasts about three seconds

⇒Starts and stops crisply

⇒Does not continue through the entire introduction

9

Confidential – Subject To Protective Order

MRK-H.5STM000339



Following are some general notes about business and dining etiquette. This guide and module is offered to Basic Training participants prior to attending an HEL lunch or dinner program during the Integrated Learning Week. This handout provides some basic guidelines about introductions and salutations, followed by information about meals and functions.

Why do we care about etiquette? Whether it is fair or not, one reason is that people will make character judgments about us based on how we handle social situations. This can be a crucial factor when superiors and customers make decisions about us.

In every human situation, there are correct actions, incorrect actions and appropriate actions. *Knowing* the rules is essential because it puts us in the position of knowing when it is appropriate to break or adapt our behaviors.

<u>Manners vs. Etiquette:</u>

Once, a foreign guest at a dinner given by a famous hostess drank the water from his finger bowl. The hostess immediately followed suit, and the other guests took their cue from her. Using the finger bowl as intended would have been proper etiquette, but it would not have been good manners.

Good manners are based on kindness & respect, which transcend etiquette.

10

Confidential - Subject To Protective Order



As the host of a business dining event, you should choose an appropriate restaurant at which to host your meal.

As the host and person inviting the guests, you do the paying. Plan to arrive about 15 minutes earlier than your invited guests and to avoid playing tug-of-war with the bill, have your credit card scanned before your guests arrive. This way there is no argument over the bill.

If possible, wait for your guest by the door. If you must take your seat, leave your napkin on the table, and don't eat or drink anything until your guest arrives. The napkin should be placed on the lap after everyone has been seated.

Stand up when your guest arrives, and remain standing until s/he is seated.

11

Confidential - Subject To Protective Order

MRK-H.5STM000341



When ordering food and drinks, follow these general guidelines:

Follow your guest's lead on ordering a drink. If your guest orders a drink, you should order a drink. It doesn't have to be an alcoholic drink, and no explanations are necessary. Decline a drink if your guest does.

If you are ordering wine and neither you nor your guest is familiar with which wine to choose, ask the wine steward or your server for their recommendation. Let them know ahead of time (before your guests arrive) what your price range is so they can help you make an appropriate selection. A general rule of thumb is that red wine accompanies "red" food (meat, tomato sauce, etc.) and white wine accompanies "white" food (chicken, fish, alfredo sauce, etc.)

Appetizers should be offered. To ensure your guest feels comfortable, you should order comparatively, i.e. don't order a cheeseburger if your guest orders lobster. And speaking of lobster, be careful of difficult-to-eat foods. Encourage your guest to have dessert if they like. If they do, you do. If they don't, you don't.

Be the one to order the extra rolls, missing fork, extra coffee, etc...

Order last and follow your guests' lead. Order the same progression of food, so the guest will not be eating alone.

12

Confidential - Subject To Protective Order

## The Place Setting

Knives & spoons are on the right

Forks & napkins are on the left

Glassware is on the right

Bread & butter plates are on the left

USHH *Professional*
*Development System*
*The Track to the Top*

Here are some basics about the place setting. First look at the flatware. Start at the outside and move in. Knives & spoons are on the right. Forks & napkins are on the left. On the right, you will find your glassware. Bread & butter plates are on the left.

Two useful ways to remember which salad, roll, bread plates, etc. are yours is to remember SL-LR (Slur) or Solids Left/Liquids Right. Solids are placed on your left, and liquids on your right. Another way to remember where solids and liquids are placed on the table is to remember that fork has four letters, just like left, and spoon has five letters, just like right. You use a fork to eat solids and a spoon to move liquids (like soup) to your mouth.

Here are some more basics to remember about flatware:
- Once you have picked up a piece of flatware, it never touches the tabletop again.
- Do not tip silverware against your plate.
- Place flatware at "4 o'clock" when finished. Line up the spoon ("O"), fork ("W") and knife ("L") to spell out "OWL" on your plate. The spoon is closest to you; the knife the furthest.
- The coffee/tea spoon goes in the saucer beside the cup.
- Use the utensils from the outside first and move inward.
- The utensils at the top of your plate are for dessert.

13

Confidential - Subject To Protective Order

MRK-H.5STM000343

## Glassware and Dinnerware

Water Goblet

Wine
- Red
- White

Dinner plate

Salad plate

Bread & butter plate

USHH Professional
Development System
The Track to the Top

Glassware is located at the tip of the knife. The water goblet is the largest stemmed piece of glassware on the table. It is located above the tip of the knife, slightly to the left of the wine glass.

Wine glasses should be held by the stem, not the bowl. White wine is served chilled and the bottle would be placed in an ice bucket next to the table. The heat from your hand would warm the glass of white wine, if you held it near the bowl. Since red wine is served at room temperature (the bottle would be placed on the table), it is acceptable to hold the red wine glass closer to the bowl.

The dinner plate is the largest plate and should be placed directly in front of you.

The salad plate is placed to the left of the dinner plate.

The small bread and butter plate is located above the forks.

14

Confidential - Subject To Protective Order

**MRK-H.5STM000344**



When eating soup, move the spoon away from yourself. It is acceptable to leave your spoon in a very shallow soup bowl (sometimes referred to as a soup plate). Deeper soup bowls should be served with a liner. You should place your spoon on the liner when finished eating your soup.

Whoever is seated closest to the bread or rolls should pick up the basket and pass it to the person on the right. Food is passed in a counterclockwise direction. Ideally you wait to serve yourself until the basket has made its way around the table. Butter is passed in the same direction.

Bread should be eaten one small bitesize piece at a time. Break off and butter bread one single piece at a time. Bread dipped in olive oil should also be broken off and eaten one single piece at a time.

Order entrees that can be eaten neatly. Consider lasagna or cannelloni instead of tough-to-swirl spaghetti or linguini.

Pass food in a counterclockwise direction. The salt and pepper shaker should be passed together. Remember to wait until everyone is served to begin eating, unless permission has been granted by the diner whose food service is delayed.

Confidential - Subject To Protective Order

MRK-H.5STM000345



Remember the following regarding table manners (if you try hard enough, you can almost hear it said in your mother's voice...):

☑ Sit up straight.

☑ Keep your elbows off the table.

☑ Don't hurry or dawdle.  Keep pace with others at the table.

☑ If you use the wrong piece of flatware, don't panic.  Continue using it.

☑ Don't talk with your mouth full.

16

Confidential - Subject To Protective Order

MRK-H.5STM000346



The following general tipping guidelines should be followed:

$ A typical tip for a server is 15-20%.
$ If a person other than your server took the order, add 5% more for that person
$ A wine steward should get 15% of the cost of the wine
$ Coatroom clerks should get $1 per coat
$ The garage attendant should get $1-$2

Settle the bill quietly with your company credit card. Excuse yourself to the hostess station to straighten out any conflict in the bill.

When you are ready to leave, simply stand up and say, "It was a pleasure having dinner with you. I'm looking forward to dining with you again."

Do not feel obligated to stay until all hours of the night. However if your guest leaves before you, you should escort your guest to the door.

17

Confidential - Subject To Protective Order

MRK-H.5STM000347



When you are conducting a dinner program, you need to "work the room". You should make sure you greet each guest upon their arrival, offer them a beverage and bring them into a group.

Decide with your clustermates in advance who will sit with which doctors and make sure you have one "host" at each table. Seat the guest of honor at the right of the host or hostess.

You should also determine, in advance of the meeting, if there are any special diets (e.g. religious, vegetarian, diabetic, etc.) you need to accommodate.

If your speaker is presenting during dinner and will eat after he/she has finished speaking, have one person eat dinner or dessert with him/her.

18

Confidential - Subject To Protective Order

MRK-H.5STM000348

## Sources:

Baldrige, Letitia. New Complete Guide to Executive Manners. New York: Macmillan, 1993.

Bixler, Susan. Professional Presence. New York: Putnam Publishing, 1991.

Brody, Marjorie and Barbara Pachter. Minding Your Business Manners. Mission, Kansas: SkillPath Publications, 1996.

Mazzei, George. The New Office Etiquette. New York: Pocket Books, 1983.

Stewart, Marjabelle Young and Marian Faux. Executive Etiquette In The Workplace. New York: St. Martin's Press, 1994.

*Special thanks to Merck & Co., Inc. employees*
*Cynthia Ancona and Eileen Martin for their presentation notes*

USHH *Professional*
*Development System*

*The Track to the Top*

19

Confidential - Subject To Protective Order

MRK-H.5STM000349

# General Guidelines for Business Dining Etiquette

USHH
Professional
Development System
The Track to the Top



Confidential - Subject To Protective Order

MRK-H.5STM000350

USHH Professional Development System
The Track to the Top

# General Guidelines

## for

# Business Dining Etiquette

Confidential - Subject To Protective Order

MRK-H.5STM000351

USHH Professional Development System
The Track to the Top



# Business Dining

·Confidential - Subject To Protective Order

**MRK-H.5STM000352**

# Ordering

Offer appetizers

Order comparatively

Be careful of difficult-to-eat foods

Encourage your guest to have dessert, if they like







Confidential - Subject To Protective Order

MRK-H.5STM000353

USHH Professional Development System
The Track to the Top

# The Place Setting

Knives & spoons are on the right

Forks & napkins are on the left

Glassware is on the right

Bread & butter plates are on the left



Confidential - Subject To Protective Order

MRK-H.5STM000354

USHH Professional Development System
The Track to the Top

# Glassware and Dinnerware

Water Goblet

Wine

Red

White

Dinner plate

Salad plate

Bread & butter plate



MRK-H.5STM000355

Confidential - Subject To Protective Order

# Eating

Soup – spoon away from yourself

Bread – one single piece at a time

Entrée – avoid messy foods

Passing – counterclockwise direction

Starting – wait until everyone is served

USHH Professional
Development System
The Track to the Top



Confidential – Subject To Protective Order

MRK-H.5STM000356

*USHH Professional Development System*
*The Track to the Top*

# Remember....





Confidential - Subject To Protective Order

MRK-H.5STM000357

USHH Professional Development System
The Track to the Top

# Tips and Gratuities

Server

Wine Steward

Coatroom clerks

Garage attendant



Confidential - Subject To Protective Order

MRK-H.5STM000358

USHH Professional Development System
The Track to the Top

# Dinner Programs



Confidential - Subject To Protective Order

MRK-H.5STM000359

# Sources:

Baldrige, Letitia. New Complete Guide to Executive Manners. New York:Macmillan, 1993.

Bixler, Susan. Professional Presence. New York: Putnam Publishing, 1991.

Brody, Marjorie and Barbara Pachter. Minding Your Business Manners. Mission, Kansas: SkillPath Publications, 1996.

Mazzei, George. The New Office Etiquette. New York: Pocket Books, 1983.

Stewart, Marjabelle Young and Marian Faux. Executive Etiquette In The Workplace. New York: St. Martin's Press, 1994.

*Special thanks to Merck & Co., Inc. employees*
*Cynthia Ancona and Eileen Martin for their presentation notes*

*USHH Professional Development System*
*The Track to the Top*

Confidential - Subject To Protective Order

MRK-H.5STM000360