

Selling Skills
for
Hospital Representatives &
HIV Specialists
(FD 007)

Confidential – Subject To Protective
Order

MRK-AAR0032036



Confidential - Subject To Protective Order

MRK-AAR0032037



Confidential - Subject To Protective
Order

MRK-AAR0032038



Confidential – Subject To Protective
Order

MRK-AAR0032039





Confidential - Subject To Protective Order



Confidential - Subject To Protective Order

MRK-AAR0032042



*Identify the Need*

Is the process leading to an opening statement that captures the physician's attention by painting a word picture that describes a patient type that can benefit from the Merck product. It defines the incidence, severity, and seriousness of the problem.

Confidential - Subject To Protective
Order



"Need" Components

- An Opening Statement
  (describing the incidence, severity or seriousness of the problem).

- A Patient Profile
  (describing specific characteristics of a patient or population that may benefit from the Merck product).

Confidential - Subject To Protective Order

MRK-AAR0032044

# Activity #1 - Create the Need

- Divide up into groups of 3 and turn to page 3 in your workbook and review effective feedback.

- Complete page 4 in workbook. Develop openings that create a need and utilize a patient profile.

- Take 15 minutes to develop and practice role playing openings.

- Each group presents their opening to class.

Confidential - Subject To Protective Order

MRK-AAR0032045



## Feedback Guidelines

- Specific
- Observed Behavior
- Clear and easily understood
- Focus on high impact behaviors
- Limited to a few behaviors
- Interactive
- Focus on receiver's need

Confidential - Subject To Protective
Order

MRK-AAR0032046



Observation & Feedback Sheet
(page 20 in workbook)

Next Time

Liked Best

Confidential - Subject To Protective Order

MRK-AAR0032047



MRK-AAR0032048



Confidential – Subject To Protective
Order

MRK-AAR0032049



Confidential – Subject To Protective Order

MRK-AAR0032050



## Strategic Questioning

- Under what circumstances do we hesitate to ask questions?

- What are some reasons we do not ask enough questions?

- What is the impact of not asking questions?

Confidential - Subject To Protective Order



Confidential - Subject To Protective
Order

MRK-AAR0032052



Confidential - Subject To Protective Order

MRK-AAR0032053



Confidential - Subject To Protective
Order

MRK-AAR0032054



## Transition

Example of transition statement:

Doctor prescribes Lipitor: "Doctor, prescribing a statin to aggressively treat hyperlipidemia is in keeping with the NCEP guidelines..."

Confidential - Subject To Protective Order

MRK-AAR0032055

# Activity #2 -
## Need/Assess/Transition

- Divide up into new groups of 3 and turn to pages 5 & 6 in your workbook.

- Develop openings, strategic questions, & transition statements (make sure to determine *what & why*).

- Take 20 minutes to develop and practice role playing openings, strategic questions, & transition statements.

- Each group presents an example to the class.

Confidential - Subject To Protective Order

MRK-AAR0032056



Confidential - Subject To Protective
Order

MRK-AAR0032057

# Activity #3 -
## Key Marketing Messages

- Break out room into 3 groups.

- Turn to page 7 in workbook and take 10 minutes to fill out the key marketing messages for one of your products and flip chart your responses.

- Choose a person from your group to present flip chart to class.

Confidential - Subject To Protective Order

MRK-AAR0032058



Confidential - Subject To Protective
Order

MRK-AAR0032059



Obstacle Handling

Confidential - Subject To Protective
Order

MRK-AAR0032060



Confidential - Subject To Protective Order

MRK-AAR0032061



Confidential - Subject To Protective Order

MRK-AAR0032062



Confidential – Subject To Protective
Order

MRK-AAR0032063

# Activity #5 - Obstacle Handling

- Turn to page 13-14 and review vague statements.

- Pair-up and develop responses to vague statement(s) for your lead product on pages 15&16.

- Practice responding to obstacles by role playing utilizing vague statements.

Confidential - Subject To Protective Order

MRK-AAR0032064



Confidential - Subject To Protective
Order

MRK-AAR0032065



Confidential - Subject To Protective
Order

MRK-AAR0032066



# Four Steps in a Final Close

- Summarize the point(s) you want the customer to remember.

- Check for agreement (i.e., Have you been using trial closes throughout the call?)

- Ask for a specific, realistic, measurable action.

- Follow-up to ensure action.

Confidential - Subject To Protective Order

MRK-AAR0032068



Confidential - Subject To Protective
Order

MRK-AAR0032069



Confidential - Subject To Protective
Order

MRK-AAR0032070

# Activity #6 - Full Call & Closing

- Breakout room into 2 groups.

- Turn to page 17-19 and develop full product discussions.

- Practice Role Playing with a focus on the close
  - Create the Need
  - Assess
  - Transition
  - Compelling Message
  - Obstacle Handling
  - CLOSE

Confidential - Subject To Protective Order

MRK-AAR0032071



Wrap-up

Confidential - Subject To Protective
Order

MRK-AAR0032072