No. COX 00-028
Apr 28, 2000

---

**Bulletin for VIOXX®:**
**NEW RESOURCE: Cardiovascular Card**

---

<u>TO:</u>

All Field Personnel with Responsibility for VIOXX®          ACTION REQUIRED

<u>Background</u>

The presentation of information regarding the VIGOR and CLASS trials has led to some misunderstanding in the field, as well as with physicians, regarding the cardiovascular effects of VIOXX.

To ensure that you are well prepared to respond to questions about the cardiovascular effects of VIOXX, Team VIOXX has developed a new resource, the Cardiovascular Card. The Cardiovascular Card will allow you to set the record straight with your physicians regarding the cardiovascular profile of VIOXX and how this profile compared to other NSAIDs in OA clinical trials with VIOXX. The Cardiovascular Card is an obstacle handling piece and should only be used with physicians in response to their questions regarding the cardiovascular effects of VIOXX. This bulletin contains a draft version of the Cardiovascular Card and a roadmap to explain the content of the Cardiovascular Card and how to use it to address obstacles from your physicians. This is for your background only. You may not use the Cardiovascular Card or the roadmap with your physicians. You will receive the final printed version of this resource to use with your physicians by Federal Express on Monday.

<u>Draft of Cardiovascular Card</u> (Note: The Cardiovascular Card is a tri-fold similar to the Renal Profile Card)


CO1300(5)_spreads.pdf

The Cardiovascular Card is a resource which will allow you to address your HI COXIB or HI NSAID physician's concerns regarding the cardiovascular effects of VIOXX. The Cardiovascular Card contains the following information:

- Page 2 shows that patients who were at risk for cardiovascular disease were not excluded from the OA studies with VIOXX. In fact, many patients who were included in the study had risk factors for cardiovascular disease.
- Page 3 shows that the number of cardiovascular thromboembolic events that occurred in OA clinical trials with VIOXX was low and similar to ibuprofen, diclofenac, and nabumetone. Page 3 breaks the information down even further, specifically for MI, stroke, and angina, and shows that VIOXX was similar to comparator NSAIDs and placebo for all these CV events.
- Page 4 shows that the overall and CV mortality rates from the OA clinical trials with VIOXX were low.
- Page 6 shows that in OA clinical trial with VIOXX, the discontinuation rates for patients with hypertension was low, <0.1%. It also shows that the incidence of hypertension in these patients was 3.5% for VIOXX, which was similar to the comparator NSAIDs, diclofenac and Ibuprofen.

Confidential - Subject To Protective Order

MRK-AAR0038843

Please read the attached roadmap for this card. It will help you understand how to use this card to address physician's questions regarding the CV effects of VIOXX.


"CV Roadmap.doc"

If you have any questions regarding this bulletin, please contact the Merck National Service Center at 1-800-NSC MERCK.

Confidential - Subject To Protective Order

MRK-AAR0038844

## A Roadmap to the CV Card



The CV Card will assist you with addressing your HI COXIB or HI NSAID physician's questions about the cardiovascular effects of VIOXX. Use this resource as an obstacle handling tool only, when your physicians ask you about the cardiovascular effects of VIOXX or express concern regarding the cardiovascular effects of VIOXX based on the VIOXX GI Outcomes Research trial (VIGOR).



Use page 2 to show your physicians that patients who were at risk for cardiovascular disease were not excluded from the OA studies with VIOXX. In fact, many patients who were included in the study had risk factors for cardiovascular disease. For example, 39% of patients had hypertension prior to their enrollment in the study.

Confidential - Subject To Protective Order

MRK-AAR0038845



Use page 3 of the CV Card to show physicians the number of cardiovascular thromboembolic adverse events that were seen per 100 patient years in OA clinical trials with VIOXX, comparator NSAIDs, and placebo.

(NOTE: Per 100 Patient Years of follow-up is a statistical calculation used to summarize results of multiple studies that are of different durations. It can be explained as the number of events that would be expected, if a group of patients were followed collectively for a total of 100 years. For example, it could be 100 patients each followed for one year, 20 patients each followed for 5 years, or any other combination totaling 100 years)

Using the table on page 3, explain to the physician that the rates were low in all studies and for all groups, and were comparable to placebo. The event rates were comparable for all doses of VIOXX, 12.5mg, 25mg, and 50mg, and these rates were comparable to Ibuprofen 2400mg, diclofenac 150mg, and nabumetone 1500mg.

Use the chart on the bottom of page 3 to drill down further. Show physicians the rate of specific cardiovascular thromboembolic events (MI, stroke or mini-stroke, and angina) and explain that for each of these specific events, the rate for VIOXX was similar to comparator NSAIDs and placebo. For example, the rate of MI was 0.6 for VIOXX, 0.5 for NSAIDs, and 1.4 for placebo.

Confidential - Subject To Protective Order

MRK-AAR0038846



Page 4 of the CV card relates to the overall mortality rates seen in OA clinical trials with VIOXX, NSAID comparators, and placebo. Use this page to show physicians that in terms of mortality, which is most important to the physician and their patients, the rate for total mortality and cardiovascular mortality was low.



Use the top of page 6 of the CV Card to show physicians that in OA clinical trials with VIOXX, at the approved 12.5mg and 25mg dose, the discontinuation rates for patients with hypertension was low, <0.1%. You can then show physicians that the incidence of hypertension in these patients was 3.5% for VIOXX, which was similar to the comparator NSAIDs, ibuprofen and diclofenac.

Ensure that the physician agrees that the cardiovascular events seen with VIOXX in OA clinical trials were low and similar to diclofenac and nabumetone. Return to your Top 5

Confidential - Subject To Protective Order

MRK-AAR0038847

HI COXIB messages by beginning with message #1-VIOXX provides ONCE DAILY POWER in chronic osteoarthritis (OA) pain and POWERFUL RELIEF in the moderate to severe acute pain of post-orthopedic surgery. Remember, the comparators used in the clinical trials which support this message were diclofenac and ibuprofen, the same comparators referred to in the CV Card.

Confidential - Subject To Protective Order

MRK-AAR0038848