**MVX for VIOXX®**
Jo Jerman
Audience – Field Sales
April 27, 2001
Topic: Project A & A XXceleration
Length – approx 1 min 30 sec

Hi everybody, this is Jo Jerman with a quick in it to win it "Project A & A XXceleration" minute.

Now, I know that all of you have recently received MVXs, e-mails and a flurry of other information around "Project A & A XXceleration." With all this activity and enthusiasm swirling around, I just couldn't help but pick up the phone and put in my own two cents. Today, I'd like to take a couple of minutes to touch on a continued strong performance and re-cap your important role in "Project A&A XXceleration."

The most recent performance numbers show a continued trend upward...the share of VIOXX in the A & A market is up to 17.2%--that's an all time high-- and the share of VIOXX in the Coxib market 51.2%--another all time high. Woo doggie! That is exciting. Now I know those aren't huge jumps, but they sure are going in the right direction.

With those numbers to build on, there's no where to go but up. Now, some people might be satisfied with little increases at a time, but as you've heard, we need to give VIOXX a real boost to keep ourselves on track and make our goals for 2001. I've said it before and I'll say it again, you guys are the best. So, who better to kick off and implement an important initiative like "A & A XXceleration"? I truly believe that our success with "Project A&A XXceleration" is dependent on how well we band together, divvy up the targeting, resources and do some flat out selling.

By, now, I bet you are tired of cleaning up after the competition on territory. So, it's high time we hit the offensive with confidence in our messages, our selves and most of all, the efficacy of VIOXX. We've got a short amount of time, a short list of targets, and all hands on deck.

Are you ready to roll?

Confidential - Subject To Protective Order

MRK-H.10STM001202

Listen guys, I gotta tell you that it never ceases to impress me how quickly you can put a task into action. Your plans to rollout the PEAK program and those extra HEL dollars are moving right along. I also know that you're in the final stages of your targeting lists and coordination among counterparts. Thank you for your strong commitment, great reception and quick start with this important plan. The only thing left is to put "Project A & A XXceleraton" into overdrive...the time is now and I wouldn't want anyone on the task but all of you. Last, but certainly not least, you've got some extra dollars to shoot for as well. As you recall from the incentive program, if you hit those 2-4 share points increases, you'll be rewarded handsomely—both in the short term with the incentive program and the long term with overall PPO. Go get em guys, Good luck and Great selling!

Confidential - Subject To Protective Order

MVX for VIOXX®
Field Sales—USHH
Jo Jerman
August 21, 2001
"JAMA article" FINAL (approx 4 minutes)

HI everyone, this is Jo Jerman with a MVX for VIOXX going out to the entire field sales force. I hope you're all having a good week. I've got an important message for you all, so please take a moment to listen and I'll dive right in.

The Journal of the American Medical Association, or JAMA, will publish an article in the Aug 22 issue on the "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors." Press outlets are picking up this story, so you may receive questions from your customers. The authors of this review looked at the use of COX-2 inhibitors primarily in VIGOR and CLASS. The article focuses on VIOXX and Celebrex. I know I sound like a broken record, heck, I certainly feel like one, but, once again, this is NOT new data on VIOXX. It's simply the same data we've heard about over the last year analyzed by different authors.

OK. Let me put this article into context. Merck stands firmly behind overall and CV safety profile and favorable GI profile of VIOXX. Keep in mind that both VIOXX and celecoxib were under review in this article.

You'll recall that VIGOR was a gastrointestinal study not designed to show differences in cardiovascular effects. However, significantly fewer heart attacks were observed in patients taking the commonly used NSAID naproxen (0.1 percent) compared to patients taking VIOXX 50 mg (0.5 percent). This result is consistent with the ability of naproxen to inhibit platelet aggregation. There was no difference in cardiovascular mortality between the two groups. And there was no correlation between renal effects and cardiovascular events. Now, as you know, VIGOR is not yet a part of our

Confidential - Subject To Protective Order

MRK-H.10STM001204

label, so you are not allowed to discuss the results of that trial. If a physician asks for information in regards to VIGOR, you may offer to submit a PIR.

While we question the design of the JAMA meta-analysis, Merck does support statements made by the authors that say and I quote, "COX-2 inhibitors show less propensity for gastrointestinal toxicity" and that "aspirin and naproxen show greater potential for gastrointestinal toxicity but have a cardioprotective effect." Merck also agrees with the authors' statement that their analysis has several significant limitations. The authors conclude by saying that more data are needed on the cardiovascular profile of COX-2 inhibitors. However, Merck believes that extensive cardiovascular data already exist on Vioxx and that these data – which were not incorporated into the authors' analysis – suggest that there is no increase in the risk of cardiovascular events as a result of treatment with Vioxx.

While the authors claim that more data are needed on the cardiovascular profile of COX-2 medicines and urge caution in prescribing them for patients at risk of cardiovascular morbidity, Merck firmly believes that extensive cardiovascular data already exist on VIOXX. These data, including a meta-analysis involving more than 28,000 patients, showed the relative risks of serious CV events were similar with VIOXX and placebo and with VIOXX and 3 widely prescribed NSAIDs, ibuprofen, diclofenac and nabumetone. However, these data were not included in the JAMA review article. Today, we issued a press release that gives our full response to this article. You can pick up a bulletin tonight that will include the press release for your background information and information on the availability of an updated, faxable PIR, to only be used in response to unsolicited inquiries pertaining to this article from Health Care Professionals.

2

Confidential - Subject To Protective Order

MRK-H.10STM001205

You're likely to encounter questions while you're on territory tomorrow. If you receive questions from HEL speakers, direct them to call the National Service Center or submit a PIR. Also, there are four actions that you can take:

#1. Stay focused. Stay focused with your efficacy and GI risk awareness messages and stay focused with your confidence in cardiovascular safety and overall safety of VIOXX.
#2. If asked about CV effects, use your CV Card. As your piece shows, CV events and cardiovascular mortality rates between VIOXX and NSAIDs, such as ibuprofen, diclofenac, and nabumetone, were similar in OA studies.
#3. Refer to Obstacle Response #38 that was issued in Bulletin COX 00-029.
#4. A faxable PIR will be available for any of your customers who have unsolicited questions about the article in JAMA. The faxable PIR will be available the morning of Wednesday, August 22nd. Log in when you get home today and there will be a new bulletin giving you directions on how to do that.

As always, remember to provide appropriate balancing information as part of all product discussions. Do not initiate discussion on this article with your physicians or customers.

Listen guys, I know it hasn't been easy for ya'all out there lately. Last week, Margie let you know that your objective would be lowered by 200 million to take away dollars for the things you can't control so you can focus on those that you can. So, focus on this. Keep in perspective the many benefits of VIOXX and stay confident in the balanced information that you have to take to our customers. Did you know that to date, more than 30 million patients have benefited from taking VIOXX in the US this year alone? So, use your resources-- stay calm and stay cool. I know you guys will go out and show our customers why you are truly the best. Cause to me, that's exactly what you are.

3

FINAL

MVX for VIOXX®
Field Sales—USHH
Jo Jerman
October 3, 2001
"Project Offense"

Hey everybody—Jo Jerman here with a voicemail going out to all Representatives with responsibility for VIOXX. First off, I gotta warn you that I am fired-up today so hold on to your hats and listen up for some upbeat news. I'm here today to tell you about "Project Offense." This is an exciting game plan that will see us through 2001 and help us kick of 2002 in a powerful way.

"Project Offense?" What's it all about? First, our focus will shift from the A & A market to the Coxib market as we get ready for another competitor. The main components for "Project Offense" include the following: 1.) New oxycodone data 2.) Putting Renal and CV Issues into Perspective and 3.) The new VIP Hospital Contracting Strategy. You will hear all about these at your upcoming district or cluster meetings and you've already gotten a sneak preview of the oxycodone data through the recent field teleconferences and your brand spankin' new Mid 2S detail piece.

Along with all those good things going on with "Project Offense," we're also launching an exciting, new advertising campaign featuring Olympian figure skater, Dorothy Hamill. These television spots will kick off this week on major networks and cable stations. So, keep your eyes peeled for this memorable campaign.

Are you excited yet?

I gotta tell you, I haven't been this fired up in some time. With all that you've been through from the competition, media reports and recent developments, you guys are still strong owners of HALF the Coxib market. That's right. In the face of stiff competition, few breaks and a couple of setbacks, we're still riding strong with 50.5% share and holding onto Coxib leadership. Guess

what? It's time to take back those shares that have recently slipped away and penetrate deeper into the Coxib market. I know you guys are ready to widen our lead with new messages that build on our already strong pain relief image of VIOXX. I can't tell you how proud I am of you all and what an absolutely terrific job you've been doing. I feel like we're really cooking with gas! Keep up the good work. Keep being strong. And fire-up to close the year strong with the power of VIOXX!

2

Confidential - Subject To Protective Order

MRK-H.10STM001208

FINAL

MVX for VIOXX®
Field Sales—USHH
Jo Jerman
November 5, 2001
"November Project Offense Update"

Hey guys—Jo Jerman here with a voicemail going out over the airwaves to all Representatives with responsibility for VIOXX. I hope you all had a great weekend. I'm here today with some outstanding news to jump-start your week.

Are you ready? Let me tell you how much you have accomplished by your collective focus back on efficacy.

Well, since your kick off of "Project Offense" we've been making strides in the forward and upward direction. I'd like to give you a couple of examples of the latest and greatest. This week, NRX Coxib share hit a strong 50.8%! We've been steadily increasing the last three weeks straight—that's about a 1.5 % share increase. I gotta tell you, I haven't seen market share in this neck of the woods since the end of August. That's awesome! Also, thanks to your hard work and pull through, we have more than 2,000 hospitals signed and committed to our VIP program for Vioxx! That's amazing. And last, but, certainly not least, we have grown over 10,000 scripts in the Coxib market since the launch of our new initiative. Now, that is magnificent! Talk about getting on the offense. You guys are doing a fabulous job out there. Keep up the super work, because as you can clearly tell—you're on the right track. Take Care out there and I'll be back soon with another power against pain update!

Confidential - Subject To Protective Order

MRK-H.10STM001209

FINAL

MVX for VIOXX®
Field Sales—USHH
Jo Jerman
November 19, 2001
"Dear HCP Corrective Letter"

Hey everyone—Jo Jerman here with a voicemail going out over the airwaves to all Representatives with responsibility for VIOXX. Hope you all had a great week. Now, I know that I talked to you all just a couple of days ago, but I've got some quick directions that I need you to follow immediately.

Let me back up for a second.

As you are aware, Merck received a Warning Letter regarding Vioxx from the FDA in September. The warning letter directed that Merck issue a Dear Healthcare Provider letter. I wanted to let you know that we mailed those letter today to those in attendance at the audioconferences and at the two pharmacy meetings. Samples of the letter have been sent to you in Bulletin COX01-075 and will be waiting for you on your laptop. It is important that you open and read this bulletin as soon as possible. And, it is mandatory that you comply with the bulletin's directions immediately.

I won't keep you any longer, I know you've all got busy days planned. Thanks for listening up and complying with these directions. If I don't talk to you before, have a healthy, safe, and restful holiday. Take care, guys. I'll be back at ya soon with another update.

Confidential - Subject To Protective Order

MRK-H.10STM001210

MVX for Vioxx®
Jo Jerman to USHH
November 20, 2001
Valdecoxib approval

Hi y'all! Jo Jerman here with an MVX going out over the airwaves to all Representatives who have responsibility for VIOXX. I apologize for sending you another message especially this close to the holidays, but this information is too important for me to hold.

I am sending this message to let you know that Friday, Pharmacia and Pfizer announced FDA approval for their new oral COX-II inhibitor valdecoxib, or "Bextra".

According to the Press Release that was issued by Pharmacia and Pfizer, valdecoxib is indicated for the treatment of the signs and symptoms of osteoarthritis (OA), adult rheumatoid arthritis (RA), and pain associated with menstrual cramping. Unlike VIOXX and Celebrex, valdecoxib apparently did not receive an indication for Acute Pain.

The dosing for valdecoxib is 10 mg once-daily for the treatment of osteoarthritis (OA) and rheumatoid arthritis (RA), but unlike VIOXX, valdecoxib is dosed 20 mg b.i.d. for the treatment of the pain associated for menstrual cramping. Don't forget that Celebrex is also approved as a b.i.d. agent in primary dysmenorrhea, whereas VIOXX is once a day.

In the press release Pharmacia says that "in clinical studies lasting 3-6 months Bextra (10 mg once daily) was as effective as commonly prescribed doses of the conventional NSAID's ibuprofen (800 mg t.i.d.), diclofenac (75mg b.i.d.), and naproxen (500 mg b.i.d.), for treating the signs and symptoms of osteoarthritis." "Bextra was also as effective as Naproxen (500 mg twice daily) for treating the signs and symptoms of rheumatoid arthritis." And lastly, "Bextra (20 mg b.i.d. as needed) was also associated with comparable pain relief verses ...naproxen sodium (550 mg b.i.d.)" for menstrual pain.

In three studies, valdecoxib was "significantly less likely to cause endoscopically-detected gastroduodenal ulcerations than the three conventional NSAIDs against which it was studied." (You will recall that in two studies of OA patients VIOXX had significantly fewer endoscopic ulcers than ibuprofen.) As the press release points out, the correlation between endoscopic findings and thew incidence of clinically serious upper GI events has not been fully established. The

Confidential - Subject To Protective Order                    MRK-H.10STM001211

press release also points out that "like all conventional NSAID's" including VIOXX and celebrex "valdecoxib should be used with caution in patients with fluid retention, hypertension, or heart failure.

So what do we do now?

It is important to continue to deliver our efficacy messages for VIOXX, particularly our data showing superior relief compared to oxycodone/acetaminophen in acute pain over 6 hours. Second, accelerate your enrollment and pull through of the VIP program, which is more important than ever. And third, confidently handle questions about VIOXX, utilizing PIR's as appropriate.

Remember, if any of your customers provide you with unsolicited information about valdecoxib, be sure to call it in to the National Service Center.

We should have the package circular soon so next week you will be receiving a bulletin with more information about valdecoxib as well as teleconference information.

In the mean time enjoy your week and we will be back to you on this very soon.

Confidential - Subject To Protective Order

FINAL

MVX for VIOXX®
Field Sales—USHH
Jo Jerman
December 11, 2001
"BEXTRA follow-up and CV Outcomes Trial"

Hey guys—Jo Jerman here with a voicemail going out over the airwaves to all Representatives with responsibility for VIOXX. I hope you all had a fantastic holiday and a chance to re-charge yourselves for the last stretch of the year.

Before I jump into an update on our latest competitor, it is important that you are aware of an announcement that Merck made on Tuesday at our Annual Business Briefing. At that meeting, Merck announced its plans to conduct Clinical CV Outcomes Trials for Vioxx and Arcoxia. The prospective data from these trials, along with other ongoing trials, when added to the extensive data that are already available, we will be able to provide an even more comprehensive picture of the cardiovascular safety profile of Vioxx and our still investigational medicine, Arcoxia. Next time you download, Bulletin COX 01-082 will be available for you. This bulletin will outline specific responses when faced with questions from HCPs about this recent announcement. Make sure that you review each question thoroughly so you can handle questions and quickly return to your efficacy messages for Vioxx. And remember, you cannot make statements or respond to questions about Arcoxia.

OK. Now let's touch on that other little thing that's been going on the last couple of weeks: Bextra. The last time we spoke, there was limited information to discuss. However, now that we've had a chance to look at their PI, I've got a couple of quick comments. First, this product is not what we expected. Because, unlike Bextra, VIOXX is indicated for the management of acute pain in adults and has once daily dosing across all indications. In addition, Bextra has renal and GI language in their circular similar to Vioxx and non-selective NSAIDs.

So, where does this leave us?

Confidential - Subject To Protective Order

MRK-H.10STM001213

I'd say in great shape to end the year on a high. However, don't be fooled into thinking the next few months will be a piece of cake either. Bextra has not one, but two tenacious sales forces behind it and a dissatisfied market in front of it. There will definitely be challenges for us ahead. The great news is that you've got all the tools you need and have already laid your tactical plans for success. So, keep your eye on the following steps: 1. Focus promotion on the efficacy data for VIOXX, both with our acute pain in adults data and our OA data and use it to make balanced presentations. 2. Continue to enroll targeted accounts for VIP and pull through business at VIP institutions 3. Prepare to confidently address obstacles by reviewing the Bextra product profile and upcoming obstacle guide. And, 4. Use your "Project Offense" Tactical Plan as your Tactical Plan for Bextra. See? You guys have already gotten yourselves into gear to handle the extra noise from the competition. Your confidence and preparedness will undoubtedly see you through to continued success. I know my confidence in you is at an all time high. You have consistently proven yourselves and surpassed expectations time and time again this year. Way to go. That's all for now, guys. Keep focused, capitalize on your teamwork and keep up the great work!

2

Confidential - Subject To Protective Order

MRK-H.10STM001214

FINAL

MVX for VIOXX®
Field Sales—USHH
Jo Jerman
January 25, 2002
"2002 Kick-Off"

Jo Jerman here with a voicemail going out over the airwaves to all Representatives with responsibility for VIOXX. First off, Happy New Year! I hope you all had a great and restful holiday. Today's MVX is all about being fired up for 2002. And, I tell ya, there are many reasons why I am, so let's get to it.

First, I'm VERY fired up about our weekly market share data. For the first time since November, we have once again cleared the 50% mark in the coxib class. This is due to your outstanding efforts with "Project Offense," and all the hard work you put in at the end of 2001. Fantastic! What a way to start out the year.

Second, I'm here to report that the National Business Manager's Meeting was just outstanding. I was so fired up all week long in San Diego that I barely needed a plane to get me home. I tell ya, your managers are just so full of energy and totally on top of everything, so get ready for some great district meetings. Now, these meetings are critical in laying the basis for our first semester. There are three important things that I'd like you to think about as take-aways for these meetings:

1. Deliver assigned, balanced messages and resources to high Cox-II prescribers
2. Enroll & pull-through VIP at targeted hospitals
3. Confidently address non-GI safety issues using appropriate materials

The key to a great 2002 is all about showing up, staying focused, and staying on the offense, no matter what the challenge of the day. Speaking of resources, keep a head's up for a new stock bottle initiative comin' your way later next week. I'm not going to elaborate any further, because you'll receive a bulletin soon, explaining all the details of this initiative.

Confidential - Subject To Protective Order

MRK-H.10STM001215

Well, all this talk about focus and resources leads me to a THIRD thing to be fired up about...our 2002 Vioxx objective. Now, I don't have to tell you how challenging last year was for all of us. Therefore, you'll be happy to know with the new year comes a fresh, new set of objectives. Let me go on the record and say that these objectives are not only ACHEIVABLE, but I must say even EXCEED-ABLE. And, I believe it is certainly exceed-able for those of you who get fired up and accomplish all three of your 1S goals.

Are you fired up and ready now?

I certainly hope so. I look forward to hearing about all your tremendous accomplishments in 2002. 'Til next time guys, stay tuned, stay focused, stay fired up, and most of all--stay the BEST!

2

Confidential - Subject To Protective Order

MRK-H.10STM001216

MVX for VIOXX®
Field Sales—USHH
Jo Jerman
March 26, 2002
"Post-Marketing Adverse Events: "Aseptic Meningitis Associated with Rofecoxib""

---

Jo Jerman here with a voicemail going out over the airwaves to all Representatives with responsibility for VIOXX. Hope you all had a relaxing weekend. Please listen up for a second because I've got some breaking news that I want to make sure you're aware of as you go into your offices over the next few days.

A report was published in the March 25 issue of *Archives of Internal Medicine*. Some of you may have heard about this report from your customers or various news outlets today. It reports five serious cases of aseptic meningitis were "associated with Vioxx® use." The report is based on information collected through the agency's Spontaneous Reporting System, intended to routinely monitor post-marketing adverse events in patients taking prescription medicines.

The lead author also notes that other nonsteroidal anti-inflammatory drugs, including ibuprofen and naproxen have been linked in rare cases to meningitis. The author concluded that "as with other NSAIDS Vioxx® should be considered in the differential diagnosis of aseptic meningitis in patients with or without rheumatological disease.

It is important to keep in mind the following things. First, patient safety is of paramount concern to Merck. We are vigilant in reporting adverse events we receive for all our products to regulatory authorities, including the FDA. Second, aseptic meningitis has been listed as a rare post-marketing adverse event regardless of causality in our current prescribing information for Vioxx since April 2000.

Now, for your background, aseptic meningitis is defined as inflammation of the brain and spinal cord. It is not caused by bacteria.

OK. Now that you understand the issue a little better, what should you do?

Confidential - Subject To Protective Order                                    MRK-H.10STM001217

First, download Bulletin COX02-019. This bulletin will provide you with further direction on how to answer customer inquires about media reports and the journal article. Do not deviate from the obstacles responses provided to you in this bulletin or bring up the issue proactively. It is of paramount importance to keep your focus on your strong efficacy messages and pulling through VIP and responding to non-GI obstacles effectively

That's all for now guys. Time to continue on with your day. Don't forget to log on line as soon as you get home to pull off Bulletin COX02-019. Thanks for your quick action and as always, thank you for being the absolute BEST!

2

Confidential - Subject To Protective Order

MRK-H.10STM001218