MDL 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-32)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,341 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

EXHIBIT
B

OFFICIAL FILE COPY

IMAGED NOV 2 8 2005

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #      CASE CAPTION

**ALABAMA MIDDLE**
ALM 3 05-998      Michael D. May v. Merck & Co., Inc., et al.

**ALABAMA NORTHERN**
ALN 6 05-2172      Bonnie Sue Rogers, etc. v. Merck & Co., Inc.

**CALIFORNIA CENTRAL**
CAC 2 05-7581      Carol Drabelle, et al. v. Merck & Co., Inc., et al.
CAC 2 05-7583      Richard Marquez v. Merck & Co., Inc., et al.
CAC 2 05-7586      Gary Frederick Milleman, et al. v. Merck & Co., Inc., et al.
CAC 2 05-7592      Mary Virginia McDonough, et al. v. Merck & Co., Inc., et al.
CAC 2 05-7644      Denise A. Morris v. Merck & Co., Inc.
CAC 2 05-7647      Joyce Shafor, et al. v. Merck & Co., Inc.

**CALIFORNIA EASTERN**
CAE 2 05-2140      Patricia Love v. Merck & Co., Inc., et al.

**CALIFORNIA NORTHERN**
CAN 3 05-4310      David Porter, et al. v. Merck & Co., Inc.
CAN 3 05-4311      Joseph Kruger, et al. v. Merck & Co., Inc.
CAN 5 05-4368      Edith Kadach v. Merck & Co., Inc., et al.

**HAWAII**
HI 1 05-668      First Insurance Co. of Hawaii, Ltd. v. Merck & Co., Inc.

**KENTUCKY EASTERN**
KYE 0 05-189      Howard Gulley v. Merck & Co., Inc.
KYE 0 05-191      Raymond G. Cordle, et al. v. Merck & Co., Inc., et al.
KYE 0 05-198      Terry Bush v. Merck & Co., Inc.
KYE 0 05-201      Brenda Sparks, et al. v. Merck & Co., Inc.
KYE 2 05-211      Gary L. Kratzer v. Merck & Co., Inc., et al.
KYE 3 05-73      Richard Douglas Southworth, etc. v. Merck & Co., Inc., et al.
KYE 5 05-426      Kenneth Michael Short, et al. v. Merck & Co., Inc.
KYE 5 05-427      Stanley Long v. Merck & Co., Inc.
KYE 5 05-432      Norlena Slone v. Merck & Co., Inc.
KYE 5 05-433      Larry Smith v. Merck & Co., Inc., et al.
KYE 5 05-434      Clarence Parido, et al. v. Merck & Co., Inc., et al.
KYE 5 05-449      Patricia A. Swanagin, et al. v. Merck & Co., Inc., et al.
KYE 5 05-450      Hubert Little, etc. v. Merck & Co., Inc., et al.
KYE 5 05-454      Noah Taylor, et al. v. Merck & Co., Inc., et al.
KYE 5 05-463      Charlotte Haddix, etc. v. Merck & Co., Inc.
KYE 6 05-570      Lawrence K. Butcher v. Merck & Co., Inc.
KYE 6 05-571      Anthony P. Dattilo v. Merck & Co., Inc., et al.
KYE 6 05-572      Londis Meek, et al. v. Merck & Co., Inc., et al.
KYE 6 05-573      Jerry Anderson, et al. v. Merck & Co., Inc., et al.
KYE 6 05-576      Jody Hays v. Merck & Co., Inc.
KYE 6 05-577      Virginia Nadine Perry v. Merck & Co., Inc.
KYE 6 05-584      Gary W. Hall, et al. v. Merck & Co., Inc., et al.
KYE 6 05-585      Kathleen Harp v. Merck & Co., Inc., et al.
KYE 6 05-586      John Mullins, et al. v. Merck & Co., Inc.
KYE 6 05-587      Juanetta Bush, et al. v. Merck & Co., Inc., et al.
KYE 6 05-592      Jerma Madon, et al. v. Merck & Co., Inc., et al.
KYE 6 05-593      David Roberts v. Merck & Co., Inc., et al.

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 4

DIST. DIV. C.A. #              CASE CAPTION

KYE   6  05-601       Barbara Asher, etc. v. Merck & Co., Inc.
KYE   6  05-608       Anita Parks v. Merck & Co., Inc.
KYE   7  05-336       Cheryl Adams v. Merck & Co., Inc., et al.
KYE   7  05-337       Theresa Taylor, et al. v. Merck & Co., Inc., et al.
KYE   7  05-341       Lavern Arnett v. Merck & Co., Inc.
KYE   7  05-342       O'Dean Smith, et al. v. Merck & Co., Inc.
KYE   7  05-343       Ralph Crager v. Merck & Co., Inc., et al.
KYE   7  05-344       Nell Canada v. Merck & Co., Inc.
KYE   7  05-345       Mark A. York, Sr., et al. v. Merck & Co., Inc., et al.
KYE   7  05-346       Bobby Wright, et al. v. Merck & Co., Inc.
KYE   7  05-347       Roma Lynn Prater v. Merck & Co., Inc.
KYE   7  05-351       Adron Thornsberry, et al. v. Merck & Co., Inc., et al.

KENTUCKY WESTERN
KYW   1  05-172       Kristie Miller, etc. v. Merck & Co., Inc.
KYW   1  05-173       Debra Humburg, et al. v. Merck & Co., Inc., et al.
KYW   1  05-174       James C. Miller v. Merck & Co., Inc.
KYW   1  05-177       Riley Wells v. Merck & Co., Inc., et al.
KYW   1  05-178       Patricia Oakes, etc. v. Merck & Co., Inc., et al.
KYW   1  05-179       Dorothy Payne, etc. v. Merck & Co., Inc., et al.
KYW   1  05-180       Ethel Wolf v. Merck & Co., Inc., et al.
KYW   1  05-181       John Nowak, et al. v. Merck & Co., Inc., et al.
KYW   1  05-186       Randall Pyles, et al. v. Merck & Co., Inc., et al.
KYW   3  05-637       William Clayton, et al. v. Merck & Co., Inc.
KYW   3  05-638       Charles Schultise v. Merck & Co., Inc.
KYW   3  05-639       Margaret Vandivier v. Merck & Co., Inc.
KYW   3  05-640       Mary E. Lester v. Merck & Co., Inc.
KYW   3  05-641       Sabina Chambers v. Merck & Co., Inc.
KYW   3  05-643       Richard W. Allen, Sr., et al. v. Merck & Co., Inc.
KYW   3  05-644       Glendon Dixon v. Merck & Co., Inc.
KYW   3  05-650       Debra Jean Nold, et al. v. Merck & Co., Inc.
KYW   3  05-652       Lawrence Shepherd, et al. v. Merck & Co., Inc.
KYW   3  05-653       J. William Manning, et al. v. Merck & Co., Inc.
KYW   3  05-654       Pamela Winters, etc. v. Merck & Co., Inc.
KYW   3  05-655       Jennifer M. Popp, etc. v. Merck & Co., Inc., et al.
KYW   3  05-660       Fleam Leach v. Merck & Co., Inc.
KYW   3  05-661       Tim Ellis, et al. v. Merck & Co., Inc., et al.
KYW   3  05-663       Marlynn Fox, etc. v. Merck & Co., Inc., et al.
KYW   3  05-665       Tina Day v. Merck & Co., Inc., et al.
KYW   3  05-666       Hazel McKee, et al. v. Merck & Co., Inc., et al.
KYW   3  05-667       Olando Simpson, et al. v. Merck & Co., Inc.
KYW   3  05-668       Michael F. Simpson, et al. v. Merck & Co., Inc.
KYW   3  05-670       Susan Walker, etc. v. Merck & Co., Inc., et al.
KYW   3  05-671       Daniel Ryan v. Merck & Co., Inc., et al.
KYW   3  05-672       Sharon Schafer, et al. v. Merck & Co., Inc.
KYW   3  05-673       Joan Anne Schwartz, etc. v. Merck & Co., Inc.
KYW   3  05-674       Perry Schneider, et al. v. Merck & Co., Inc., et al.
KYW   3  05-675       Mary Louise Schmidt, etc. v. Merck & Co., Inc.
KYW   3  05-676       Manson Whelan v. Merck & Co., Inc.
KYW   3  05-677       David G. Thomas v. Merck & Co., Inc.
KYW   3  05-678       A. Walter Tyson, etc. v. Merck & Co., Inc., et al.
KYW   3  05-680       Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al.
KYW   4  05-154       Cheyenne Albro v. Merck & Co., Inc.
KYW   4  05-155       Everett Hack v. Merck & Co., Inc.
KYW   5  05-205       Gerald Boyd v. Merck & Co., Inc.
KYW   5  05-206       Ola Nelson v. Merck & Co., Inc., et al.
KYW   5  05-210       Michael E. Wilson v. Merck & Co., Inc., et al.

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN  0  05-2501 | Lisa Tuggle, etc. v. Merck & Co., Inc. |
| MN  0  05-2517 | Clara Richardson, etc. v. Merck & Co., Inc. |
| MN  0  05-2530 | Alfred J. Hoerner v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE  4  05-1946 | Debbie Cavender, et al. v. Merck & Co., Inc. |
| MOE  4  05-1955 | Thelma Zimmerman, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1956 | Samella Butler, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1967 | Jana Meehan v. Merck & Co., Inc., et al. |
| MOE  4  05-1969 | Steve Pickard, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1970 | Martha Maxwell, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1973 | Rita B. Barker, et al. v. Merck & Co., Inc. |
| **MISSOURI WESTERN** | |
| MOW  4  05-1023 | Frank Canaleo, etc. v. Merck & Co., Inc. |
| MOW  4  05-1025 | Kathy Pence, etc. v. Merck & Co., Inc. |
| MOW  4  05-1026 | Kathryn Carter, etc. v. Merck & Co., Inc. |
| MOW  4  05-1027 | Brandon Worlow v. Merck & Co., Inc. |
| MOW  4  05-1028 | Richard Shearer v. Merck & Co., Inc. |
| MOW  4  05-1029 | Jason Lida, etc. v. Merck & Co., Inc. |
| MOW  4  05-1035 | John Webster v. Merck & Co., Inc. |
| MOW  4  05-1052 | Cheryl Ann Mahon v. Merck & Co., Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  3  05-649 | Napoleon Alexander, etc. v. Merck & Co., Inc. |
| **OHIO NORTHERN** | |
| OHN  1  05-1772 | Donna Casteel, etc. v. Merck & Co., Inc. |
| OHN  1  05-2503 | Geraldine Abrahams, et al. v. Merck & Co., Inc. |
| OHN  1  05-2504 | Colleen Conko v. Merck & Co., Inc. |
| OHN  5  05-2471 | Shirley Madick, et al. v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW  5  05-1229 | Carolyn Cruce, etc. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  05-5461 | Irma Leshinski, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  05-1484 | P. Fred Beorn, et al. v. Merck & Co., Inc. |
| **PUERTO RICO** | |
| PR  3  05-2025 | Francisco Muniz-Domena, et al. v. Astra Merck, Inc., et al. |
| PR  3  05-2037 | Juan Antonio Velez-Jimenez, et al. v. Astra Merck, Inc., et al. |
| PR  3  05-2049 | Jose Portalatin-Cordero, et al. v. Astra Merck, Inc., et al. |
| **SOUTH DAKOTA** | |
| SD  1  05-1046 | Lavonne Butler v. Merck & Co., Inc. |
| SD  1  05-1047 | Marlene Stickfort v. Merck & Co., Inc. |
| SD  1  05-1048 | George Witter v. Merck & Co., Inc. |
| **TENNESSEE MIDDLE** | |
| TNM  3  05-837 | Mary A. Jordan, et al. v. Merck & Co., Inc. |
| TNM  3  05-839 | Gloria White, etc. v. Merck & Co., Inc. |
| TNM  3  05-841 | Ron R. Moore, etc. v. Merck & Co., Inc. |
| TNM  3  05-843 | Merita Kay Roysdon, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TNM 3 05-844 | Tyra Taylor, et al. v. Merck & Co., Inc. |
| TNM 3 05-845 | Betty J. Moore, etc. v. Merck & Co., Inc. |
| TNM 3 05-848 | Debra A. Bennett v. Merck & Co., Inc. |
| TNM 3 05-849 | Joe T. Givan, et al. v. Merck & Co., Inc. |
| TNM 3 05-850 | Teresa Gallaher, et al. v. Merck & Co., Inc. |
| TNM 3 05-851 | Sarah Pierce, et al. v. Merck & Co., Inc. |
| TNM 3 05-852 | John Richmond, etc. v. Merck & Co., Inc. |
| TNM 3 05-853 | James Boggess, etc. v. Merck & Co., Inc. |
| TNM 3 05-854 | Andrew Golden, etc. v. Merck & Co., Inc. |
| TNM 3 05-855 | Roger Kelly, Sr. v. Merck & Co., Inc. |
| TNM 3 05-856 | Nadine Freeman, et. al. v. Merck & Co., Inc. |
| TNM 3 05-857 | Elsie I. Hollingsworth v. Merck & Co., Inc. |
| TNM 3 05-858 | Margaret A. Brooks v. Merck & Co., Inc. |
| TNM 3 05-861 | Janet D. Roberick v. Merck & Co., Inc. |
| TNM 3 05-862 | Emma Spencer, etc. v. Merck & Co., Inc. |
| TNM 3 05-863 | Charlotte Matlock, et al. v. Merck & Co., Inc. |
| TNM 3 05-864 | Elizabeth G. Washington v. Merck & Co., Inc. |
| TNM 3 05-866 | Charles M. Turner v. Merck & Co., Inc. |
| TNM 3 05-868 | Verie B. Thompson, Jr. v. Merck & Co., Inc. |
| TNM 3 05-869 | Jewel Smith v. Merck & Co., Inc. |
| TNM 3 05-870 | Edna D. Ross v. Merck & Co., Inc. |
| TNM 3 05-871 | Joe Nelson v. Merck & Co., Inc. |
| TNM 3 05-872 | Alfard Huqq v. Merck & Co., Inc. |
| TNM 3 05-873 | Shirley M. Johnson v. Merck & Co., Inc. |
| TNM 3 05-874 | Charles L. McDonald v. Merck & Co., Inc. |
| TNM 3 05-880 | William E. Hughes v. Merck & Co., Inc. |
| TNM 3 05-881 | Louise Gillespie v. Merck & Co., Inc. |
| TNM 3 05-882 | Kevin J. Callahan v. Merck & Co., Inc. |
| TNM 3 05-883 | James J. Walton v. Merck & Co., Inc. |

TENNESSEE WESTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TNW 1 05-1322 | Norris H. Davis v. Merck & Co., Inc., et al. |
| TNW 1 05-1323 | Roberta J. Evans v. Merck & Co., Inc., et al. |
| TNW 1 05-1324 | Doyle Johnson, etc. v. Merck & Co., Inc. |
| TNW 1 05-1329 | James R. Daniel, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1332 | Roger Floyd, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1333 | Sally Woods, etc. v. Merck & Co., Inc., et al. |
| TNW 2 05-2795 | Sylvester Townsel, et al. v. Merck & Co., Inc., et al. |
| TNW 2 05-2804 | Norman A. Jester, et al. v. Merck & Co., Inc., et al. |

TEXAS EASTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXE 1 05-676 | William Edward Morgan v. Merck & Co., Inc., et al. |
| TXE 1 05-701 | Maria Antonieta DeLoera, et al. v. Merck & Co., Inc. |
| TXE 2 05-489 | Bettye Baty, et al. v. Merck & Co., Inc. |

TEXAS SOUTHERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXS 2 05-308 | Patrtricia Legesse v. Merck & Co., Inc. |
| TXS 4 05-3696 | Linda J. Collins v. Merck & Co., Inc., et al. |

VERMONT

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VT 2 05-274 | Michele S. LaRouche, et al. v. Merck & Co., Inc. |