MDL 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-32)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,341 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

EXHIBIT B

OFFICIAL FILE COPY

IMAGED NOV 28 2005

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

**ALABAMA MIDDLE**
ALM  3  05-998                   Michael D. May v. Merck & Co., Inc., et al.

**ALABAMA NORTHERN**
ALN  6  05-2172                  Bonnie Sue Rogers, etc. v. Merck & Co., Inc.

**CALIFORNIA CENTRAL**
CAC  2  05-7581                  Carol Drabelle, et al. v. Merck & Co., Inc., et al.
CAC  2  05-7583                  Richard Marquez v. Merck & Co., Inc., et al.
CAC  2  05-7586                  Gary Frederick Milleman, et al. v. Merck & Co., Inc., et al.
CAC  2  05-7592                  Mary Virginia McDonough, et al. v. Merck & Co., Inc., et al.
CAC  2  05-7644                  Denise A. Morris v. Merck & Co., Inc.
CAC  2  05-7647                  Joyce Shafor, et al. v. Merck & Co., Inc.

**CALIFORNIA EASTERN**
CAE  2  05-2140                  Patricia Love v. Merck & Co., Inc., et al.

**CALIFORNIA NORTHERN**
CAN  3  05-4310                  David Porter, et al. v. Merck & Co., Inc.
CAN  3  05-4311                  Joseph Kruger, et al. v. Merck & Co., Inc.
CAN  5  05-4368                  Edith Kadach v. Merck & Co., Inc., et al.

**HAWAII**
HI   1  05-668                   First Insurance Co. of Hawaii, Ltd. v. Merck & Co., Inc.

**KENTUCKY EASTERN**
KYE  0  05-189                   Howard Gulley v. Merck & Co., Inc.
KYE  0  05-191                   Raymond G. Cordle, et al. v. Merck & Co., Inc., et al.
KYE  0  05-198                   Terry Bush v. Merck & Co., Inc.
KYE  0  05-201                   Brenda Sparks, et al. v. Merck & Co., Inc.
KYE  2  05-211                   Gary L. Kratzer v. Merck & Co., Inc., et al.
KYE  3  05-73                    Richard Douglas Southworth, etc. v. Merck & Co., Inc., et al.
KYE  5  05-426                   Kenneth Michael Short, et al. v. Merck & Co., Inc.
KYE  5  05-427                   Stanley Long v. Merck & Co., Inc.
KYE  5  05-432                   Norlena Slone v. Merck & Co., Inc.
KYE  5  05-433                   Larry Smith v. Merck & Co., Inc., et al.
KYE  5  05-434                   Clarence Parido, et al. v. Merck & Co., Inc., et al.
KYE  5  05-449                   Patricia A. Swanagin, et al. v. Merck & Co., Inc., et al.
KYE  5  05-450                   Hubert Little, etc. v. Merck & Co., Inc., et al.
KYE  5  05-454                   Noah Taylor, et al. v. Merck & Co., Inc., et al.
KYE  5  05-463                   Charlotte Haddix, etc. v. Merck & Co., Inc.
KYE  6  05-570                   Lawrence K. Butcher v. Merck & Co., Inc.
KYE  6  05-571                   Anthony P. Dattilo v. Merck & Co., Inc., et al.
KYE  6  05-572                   Londis Meek, et al. v. Merck & Co., Inc., et al.
KYE  6  05-573                   Jerry Anderson, et al. v. Merck & Co., Inc., et al.
KYE  6  05-576                   Jody Hays v. Merck & Co., Inc.
KYE  6  05-577                   Virginia Nadine Perry v. Merck & Co., Inc.
KYE  6  05-584                   Gary W. Hall, et al. v. Merck & Co., Inc., et al.
KYE  6  05-585                   Kathleen Harp v. Merck & Co., Inc., et al.
KYE  6  05-586                   John Mullins, et al. v. Merck & Co., Inc.
KYE  6  05-587                   Juanetta Bush, et al. v. Merck & Co., Inc., et al.
KYE  6  05-592                   Jerma Madon, et al. v. Merck & Co., Inc., et al.
KYE  6  05-593                   David Roberts v. Merck & Co., Inc., et al.

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                                           PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| KYE  6  05-601 | Barbara Asher, etc. v. Merck & Co., Inc. |
| KYE  6  05-608 | Anita Parks v. Merck & Co., Inc. |
| KYE  7  05-336 | Cheryl Adams v. Merck & Co., Inc., et al. |
| KYE  7  05-337 | Theresa Taylor, et al. v. Merck & Co., Inc., et al. |
| KYE  7  05-341 | Lavern Arnett v. Merck & Co., Inc. |
| KYE  7  05-342 | O'Dean Smith, et al. v. Merck & Co., Inc. |
| KYE  7  05-343 | Ralph Crager v. Merck & Co., Inc., et al. |
| KYE  7  05-344 | Nell Canada v. Merck & Co., Inc. |
| KYE  7  05-345 | Mark A. York, Sr., et al. v. Merck & Co., Inc., et al. |
| KYE  7  05-346 | Bobby Wright, et al. v. Merck & Co., Inc. |
| KYE  7  05-347 | Roma Lynn Prater v. Merck & Co., Inc. |
| KYE  7  05-351 | Adron Thornsberry, et al. v. Merck & Co., Inc., et al. |

KENTUCKY WESTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| KYW  1  05-172 | Kristie Miller, etc. v. Merck & Co., Inc. |
| KYW  1  05-173 | Debra Humburg, et al. v. Merck & Co., Inc., et al. |
| KYW  1  05-174 | James C. Miller v. Merck & Co., Inc. |
| KYW  1  05-177 | Riley Wells v. Merck & Co., Inc., et al. |
| KYW  1  05-178 | Patricia Oakes, etc. v. Merck & Co., Inc., et al. |
| KYW  1  05-179 | Dorothy Payne, etc. v. Merck & Co., Inc., et al. |
| KYW  1  05-180 | Ethel Wolf v. Merck & Co., Inc., et al. |
| KYW  1  05-181 | John Nowak, et al. v. Merck & Co., Inc., et al. |
| KYW  1  05-186 | Randall Pyles, et al. v. Merck & Co., Inc., et al. |
| KYW  3  05-637 | William Clayton, et al. v. Merck & Co., Inc. |
| KYW  3  05-638 | Charles Schultise v. Merck & Co., Inc. |
| KYW  3  05-639 | Margaret Vandivier v. Merck & Co., Inc. |
| KYW  3  05-640 | Mary E. Lester v. Merck & Co., Inc. |
| KYW  3  05-641 | Sabina Chambers v. Merck & Co., Inc. |
| KYW  3  05-643 | Richard W. Allen, Sr., et al. v. Merck & Co., Inc. |
| KYW  3  05-644 | Glendon Dixon v. Merck & Co., Inc. |
| KYW  3  05-650 | Debra Jean Nold, et al. v. Merck & Co., Inc. |
| KYW  3  05-652 | Lawrence Shepherd, et al. v. Merck & Co., Inc. |
| KYW  3  05-653 | J. William Manning, et al. v. Merck & Co., Inc. |
| KYW  3  05-654 | Pamela Winters, etc. v. Merck & Co., Inc. |
| KYW  3  05-655 | Jennifer M. Popp, etc. v. Merck & Co., Inc., et al. |
| KYW  3  05-660 | Fleam Leach v. Merck & Co., Inc. |
| KYW  3  05-661 | Tim Ellis, et al. v. Merck & Co., Inc., et al. |
| KYW  3  05-663 | Marlynn Fox, etc. v. Merck & Co., Inc., et al. |
| KYW  3  05-665 | Tina Day v. Merck & Co., Inc., et al. |
| KYW  3  05-666 | Hazel McKee, et al. v. Merck & Co., Inc., et al. |
| KYW  3  05-667 | Olando Simpson, et al. v. Merck & Co., Inc. |
| KYW  3  05-668 | Michael F. Simpson, et al. v. Merck & Co., Inc. |
| KYW  3  05-670 | Susan Walker, etc. v. Merck & Co., Inc., et al. |
| KYW  3  05-671 | Daniel Ryan v. Merck & Co., Inc., et al. |
| KYW  3  05-672 | Sharon Schafer, et al. v. Merck & Co., Inc. |
| KYW  3  05-673 | Joan Anne Schwartz, etc. v. Merck & Co., Inc. |
| KYW  3  05-674 | Perry Schneider, et al. v. Merck & Co., Inc., et al. |
| KYW  3  05-675 | Mary Louise Schmidt, etc. v. Merck & Co., Inc. |
| KYW  3  05-676 | Manson Whelan v. Merck & Co., Inc. |
| KYW  3  05-677 | David G. Thomas v. Merck & Co., Inc. |
| KYW  3  05-678 | A. Walter Tyson, etc. v. Merck & Co., Inc., et al. |
| KYW  3  05-680 | Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al. |
| KYW  4  05-154 | Cheyenne Albro v. Merck & Co., Inc. |
| KYW  4  05-155 | Everett Hack v. Merck & Co., Inc. |
| KYW  5  05-205 | Gerald Boyd v. Merck & Co., Inc. |
| KYW  5  05-206 | Ola Nelson v. Merck & Co., Inc., et al. |
| KYW  5  05-210 | Michael E. Wilson v. Merck & Co., Inc., et al. |

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                          PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN  0  05-2501 | Lisa Tuggle, etc. v. Merck & Co., Inc. |
| MN  0  05-2517 | Clara Richardson, etc. v. Merck & Co., Inc. |
| MN  0  05-2530 | Alfred J. Hoerner v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE  4  05-1946 | Debbie Cavender, et al. v. Merck & Co., Inc. |
| MOE  4  05-1955 | Thelma Zimmerman, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1956 | Samella Butler, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1967 | Jana Meehan v. Merck & Co., Inc., et al. |
| MOE  4  05-1969 | Steve Pickard, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1970 | Martha Maxwell, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1973 | Rita B. Barker, et al. v. Merck & Co., Inc. |
| **MISSOURI WESTERN** | |
| MOW  4  05-1023 | Frank Canaleo, etc. v. Merck & Co., Inc. |
| MOW  4  05-1025 | Kathy Pence, etc. v. Merck & Co., Inc. |
| MOW  4  05-1026 | Kathryn Carter, etc. v. Merck & Co., Inc. |
| MOW  4  05-1027 | Brandon Worlow v. Merck & Co., Inc. |
| MOW  4  05-1028 | Richard Shearer v. Merck & Co., Inc. |
| MOW  4  05-1029 | Jason Lida, etc. v. Merck & Co., Inc. |
| MOW  4  05-1035 | John Webster v. Merck & Co., Inc. |
| MOW  4  05-1052 | Cheryl Ann Mahon v. Merck & Co., Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  3  05-649 | Napoleon Alexander, etc. v. Merck & Co., Inc. |
| **OHIO NORTHERN** | |
| OHN  1  05-1772 | Donna Casteel, etc. v. Merck & Co., Inc. |
| OHN  1  05-2503 | Geraldine Abrahams, et al. v. Merck & Co., Inc. |
| OHN  1  05-2504 | Colleen Conko v. Merck & Co., Inc. |
| OHN  5  05-2471 | Shirley Madick, et al. v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW  5  05-1229 | Carolyn Cruce, etc. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  05-5461 | Irma Leshinski, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  05-1484 | P. Fred Beorn, et al. v. Merck & Co., Inc. |
| **PUERTO RICO** | |
| PR  3  05-2025 | Francisco Muniz-Domena, et al. v. Astra Merck, Inc., et al. |
| PR  3  05-2037 | Juan Antonio Velez-Jimenez, et al. v. Astra Merck, Inc., et al. |
| PR  3  05-2049 | Jose Portalatin-Cordero, et al. v. Astra Merck, Inc., et al. |
| **SOUTH DAKOTA** | |
| SD  1  05-1046 | Lavonne Butler v. Merck & Co., Inc. |
| SD  1  05-1047 | Marlene Stickfort v. Merck & Co., Inc. |
| SD  1  05-1048 | George Witter v. Merck & Co., Inc. |
| **TENNESSEE MIDDLE** | |
| TNM  3  05-837 | Mary A. Jordan, et al. v. Merck & Co., Inc. |
| TNM  3  05-839 | Gloria White, etc. v. Merck & Co., Inc. |
| TNM  3  05-841 | Ron R. Moore, etc. v. Merck & Co., Inc. |
| TNM  3  05-843 | Merita Kay Roysdon, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                                      PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TNM 3 05-844 | Tyra Taylor, et al. v. Merck & Co., Inc. |
| TNM 3 05-845 | Betty J. Moore, etc. v. Merck & Co., Inc. |
| TNM 3 05-848 | Debra A. Bennett v. Merck & Co., Inc. |
| TNM 3 05-849 | Joe T. Givan, et al. v. Merck & Co., Inc. |
| TNM 3 05-850 | Teresa Gallaher, et al. v. Merck & Co., Inc. |
| TNM 3 05-851 | Sarah Pierce, et al. v. Merck & Co., Inc. |
| TNM 3 05-852 | John Richmond, etc. v. Merck & Co., Inc. |
| TNM 3 05-853 | James Boggess, etc. v. Merck & Co., Inc. |
| TNM 3 05-854 | Andrew Golden, etc. v. Merck & Co., Inc. |
| TNM 3 05-855 | Roger Kelly, Sr. v. Merck & Co., Inc. |
| TNM 3 05-856 | Nadine Freeman, et. al. v. Merck & Co., Inc. |
| TNM 3 05-857 | Elsie I. Hollingsworth v. Merck & Co., Inc. |
| TNM 3 05-858 | Margaret A. Brooks v. Merck & Co., Inc. |
| TNM 3 05-861 | Janet D. Roberick v. Merck & Co., Inc. |
| TNM 3 05-862 | Emma Spencer, etc. v. Merck & Co., Inc. |
| TNM 3 05-863 | Charlotte Matlock, et al. v. Merck & Co., Inc. |
| TNM 3 05-864 | Elizabeth G. Washington v. Merck & Co., Inc. |
| TNM 3 05-866 | Charles M. Turner v. Merck & Co., Inc. |
| TNM 3 05-868 | Verie B. Thompson, Jr. v. Merck & Co., Inc. |
| TNM 3 05-869 | Jewel Smith v. Merck & Co., Inc. |
| TNM 3 05-870 | Edna D. Ross v. Merck & Co., Inc. |
| TNM 3 05-871 | Joe Nelson v. Merck & Co., Inc. |
| TNM 3 05-872 | Alfard Huqq v. Merck & Co., Inc. |
| TNM 3 05-873 | Shirley M. Johnson v. Merck & Co., Inc. |
| TNM 3 05-874 | Charles L. McDonald v. Merck & Co., Inc. |
| TNM 3 05-880 | William E. Hughes v. Merck & Co., Inc. |
| TNM 3 05-881 | Louise Gillespie v. Merck & Co., Inc. |
| TNM 3 05-882 | Kevin J. Callahan v. Merck & Co., Inc. |
| TNM 3 05-883 | James J. Walton v. Merck & Co., Inc. |

TENNESSEE WESTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TNW 1 05-1322 | Norris H. Davis v. Merck & Co., Inc., et al. |
| TNW 1 05-1323 | Roberta J. Evans v. Merck & Co., Inc., et al. |
| TNW 1 05-1324 | Doyle Johnson, etc. v. Merck & Co., Inc. |
| TNW 1 05-1329 | James R. Daniel, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1332 | Roger Floyd, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1333 | Sally Woods, etc. v. Merck & Co., Inc., et al. |
| TNW 2 05-2795 | Sylvester Townsel, et al. v. Merck & Co., Inc., et al. |
| TNW 2 05-2804 | Norman A. Jester, et al. v. Merck & Co., Inc., et al. |

TEXAS EASTERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXE 1 05-676 | William Edward Morgan v. Merck & Co., Inc., et al. |
| TXE 1 05-701 | Maria Antonieta DeLoera, et al. v. Merck & Co., Inc. |
| TXE 2 05-489 | Bettye Baty, et al. v. Merck & Co., Inc. |

TEXAS SOUTHERN

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXS 2 05-308 | Patrtricia Legesse v. Merck & Co., Inc. |
| TXS 4 05-3696 | Linda J. Collins v. Merck & Co., Inc., et al. |

VERMONT

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VT 2 05-274 | Michele S. LaRouche, et al. v. Merck & Co., Inc. |