# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

October 25, 2005

<u>VIA FEDERAL EXPRESS</u>

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

   Re: <u>In re: VIOXX® Products Liability Litigation, MDL Docket No. 1657</u>

Dear Sir and Madam:

  Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's seventy-fourth notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *May v. Merck & Co., Inc. et al.*, C.A. No. 3:05-cv-00998 (M.D. Ala.)
2. *First Insurance Company of Hawaii, Ltd., v. Merck & Co., Inc. et al.*, C.A. No. 05-CV-668 (D. Haw.)
3. *Allen et al., v. Merck & Co., Inc. et al.*, C.A. No. 5:05-cv-00422 (E.D. Ky.)
4. *Blankenship v. Merck & Co., Inc. et al.*, C.A. No. 7:05-cv-00324 (E.D. Ky.)
5. *Brady et al., v. Merck & Co., Inc. et al.*, C.A. No. 5:05-cv-00423 (E.D. Ky.)
6. *Butcher v. Merck & Co., Inc. et al.*, C.A. No. 6:05-cv-00570 (E.D. Ky.)
7. *Cordle et al., v. Merck & Co., Inc. et al.*, C.A. No. 0:05-cv-00191 (E.D. Ky.)
8. *Engle v. Merck & Co., Inc. et al.*, C.A. No. 6:05-cv-00565 (E.D. Ky.)
9. *Estep et al., v. Merck & Co., Inc. et al.*, C.A. No. 7:05-cv-00325 (E.D. Ky.)
10. *Gill v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00424 (E.D. Ky.)
11. *Gillman et al., v. Merck & Co., Inc. et al.*, C.A. No. 7:05-cv-00327 (E.D. Ky.)
12. *Gulley v. Merck & Co., Inc.*, C.A. No. 0:05-cv-00189 (E.D. Ky.)
13. *Happy v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00431 (E.D. Ky.)
14. *Harney v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00439 (E.D. Ky.)
15. *Hendershot v. Merck & Co., Inc. et al.*, C.A. No. 3:05-cv-00070 (E.D. Ky.)
16. *Howell et al., v. Merck & Co., Inc.*, C.A. No. 7:05-cv-00330 (E.D. Ky.)

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 47, Avenue Georges Mandel | 1775 I Street, N.W. | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 101 Hudson Street |
| 75116 Paris, France | Washington, D.C. | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Jersey City, New Jersey |
| (33) (1) 44.05.80.00 | 20006-2401 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 07302-3918 |
| | 202-721-4600 | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 201-536-9220 |

Hughes Hubbard & Reed LLP

17. *Hubbard v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00430 (E.D. Ky.)
18. *Johnson v. Merck & Co., Inc. et al.*, C.A. No. 7:05-cv-00328 (E.D. Ky.)
19. *Jones et al., v. Merck & Co., Inc. et al.*, C.A. No. 5:05-cv-00425 (E.D. Ky.)
20. *Jones v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00438 (E.D. Ky.)
21. *Kimbler et al., v. Merck & Co., Inc.*, C.A. No. 7:05-cv-00334 (E.D. Ky.)
22. *Lowe v. Merck & Co., Inc. et al.*, C.A. No. 7:05-cv-00323 (E.D. Ky.)
23. *Moore v. Merck & Co., Inc. et al.*, C.A. No. 7:05-cv-00329 (E.D. Ky.)
24. *Nolan v. Merck & Co., Inc.*, C.A. No. 6:05-cv-00560 (E.D. Ky.)
25. *Risner v. Merck & Co., Inc.*, C.A. No. 6:05-cv-00564 (E.D. Ky.)
26. *Smith v. Merck & Co., Inc. et al.*, C.A. No. 7:05-cv-00326 (E.D. Ky.)
27. *Suttles v. Merck & Co., Inc.*, C.A. No. 0:05-cv-00188 (E.D. Ky.)
28. *Hill v. Merck & Co., Inc.*, C.A. No. 3:05-cv-01607 (W.D. La.)
29. *Miller v. Merck & Co., Inc.*, C.A. No. 0:05-cv-02446 (D. Minn.)
30. *Pacha v. Merck & Co., Inc.*, C.A. No. 0:05-cv-02441 (D. Minn.)
31. *Watson et al., v. Lecorps, M.D. et al.*, C.A. No. 1:05-cv-00191 (E.D. Mo.)
32. *Amend v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01004 (W.D. Mo.)
33. *Bosch v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01002 (W.D. Mo.)
34. *Smith et al., v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01003 (W.D. Mo.)
35. *Payne et al., v. Lewis et al.*, C.A. No. 3:05-cv-00829 (M.D. Tenn.)
36. *Reed et al., v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00828 (M.D. Tenn.)

There are six new cases filed in the transferee court.

1. *Casey v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04079 (E.D. La.)
2. *Dansereau et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04411 (E.D. La.)
3. *Green v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04103 (E.D. La.)
4. *Houston v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04100 (E.D. La.)
5. *Lueck v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04409 (E.D. La.)
6. *Raroa et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04184 (E.D. La.)

Respectfully submitted,

Cecily C. Williams

CCW/eaa

Enclosures

2