MDL 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-32)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,341 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

EXHIBIT B

OFFICIAL FILE COPY

IMAGED NOV 28 2005

# SCHEDULE CTO-32 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 3 05-998 | Michael D. May v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN 6 05-2172 | Bonnie Sue Rogers, etc. v. Merck & Co., Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-7581 | Carol Drabelle, et al. v. Merck & Co., Inc., et al. |
| CAC 2 05-7583 | Richard Marquez v. Merck & Co., Inc., et al. |
| CAC 2 05-7586 | Gary Frederick Milleman, et al. v. Merck & Co., Inc., et al. |
| CAC 2 05-7592 | Mary Virginia McDonough, et al. v. Merck & Co., Inc., et al. |
| CAC 2 05-7644 | Denise A. Morris v. Merck & Co., Inc. |
| CAC 2 05-7647 | Joyce Shafor, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE 2 05-2140 | Patricia Love v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-4310 | David Porter, et al. v. Merck & Co., Inc. |
| CAN 3 05-4311 | Joseph Kruger, et al. v. Merck & Co., Inc. |
| CAN 5 05-4368 | Edith Kadach v. Merck & Co., Inc., et al. |
| **HAWAII** | |
| HI 1 05-668 | First Insurance Co. of Hawaii, Ltd. v. Merck & Co., Inc. |
| **KENTUCKY EASTERN** | |
| KYE 0 05-189 | Howard Gulley v. Merck & Co., Inc. |
| KYE 0 05-191 | Raymond G. Cordle, et al. v. Merck & Co., Inc., et al. |
| KYE 0 05-198 | Terry Bush v. Merck & Co., Inc. |
| KYE 0 05-201 | Brenda Sparks, et al. v. Merck & Co., Inc. |
| KYE 2 05-211 | Gary L. Kratzer v. Merck & Co., Inc., et al. |
| KYE 3 05-73 | Richard Douglas Southworth, etc. v. Merck & Co., Inc., et al. |
| KYE 5 05-426 | Kenneth Michael Short, et al. v. Merck & Co., Inc. |
| KYE 5 05-427 | Stanley Long v. Merck & Co., Inc. |
| KYE 5 05-432 | Norlena Slone v. Merck & Co., Inc. |
| KYE 5 05-433 | Larry Smith v. Merck & Co., Inc., et al. |
| KYE 5 05-434 | Clarence Parido, et al. v. Merck & Co., Inc., et al. |
| KYE 5 05-449 | Patricia A. Swanagin, et al. v. Merck & Co., Inc., et al. |
| KYE 5 05-450 | Hubert Little, etc. v. Merck & Co., Inc., et al. |
| KYE 5 05-454 | Noah Taylor, et al. v. Merck & Co., Inc., et al. |
| KYE 5 05-463 | Charlotte Haddix, etc. v. Merck & Co., Inc. |
| KYE 6 05-570 | Lawrence K. Butcher v. Merck & Co., Inc. |
| KYE 6 05-571 | Anthony P. Dattilo v. Merck & Co., Inc., et al. |
| KYE 6 05-572 | Londis Meek, et al. v. Merck & Co., Inc., et al. |
| KYE 6 05-573 | Jerry Anderson, et al. v. Merck & Co., Inc., et al. |
| KYE 6 05-576 | Jody Hays v. Merck & Co., Inc. |
| KYE 6 05-577 | Virginia Nadine Perry v. Merck & Co., Inc. |
| KYE 6 05-584 | Gary W. Hall, et al. v. Merck & Co., Inc., et al. |
| KYE 6 05-585 | Kathleen Harp v. Merck & Co., Inc., et al. |
| KYE 6 05-586 | John Mullins, et al. v. Merck & Co., Inc. |
| KYE 6 05-587 | Juanetta Bush, et al. v. Merck & Co., Inc., et al. |
| KYE 6 05-592 | Jerma Madon, et al. v. Merck & Co., Inc., et al. |
| KYE 6 05-593 | David Roberts v. Merck & Co., Inc., et al. |

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| KYE 6 05-601 | Barbara Asher, etc. v. Merck & Co., Inc. |
| KYE 6 05-608 | Anita Parks v. Merck & Co., Inc. |
| KYE 7 05-336 | Cheryl Adams v. Merck & Co., Inc., et al. |
| KYE 7 05-337 | Theresa Taylor, et al. v. Merck & Co., Inc., et al. |
| KYE 7 05-341 | Lavern Arnett v. Merck & Co., Inc. |
| KYE 7 05-342 | O'Dean Smith, et al. v. Merck & Co., Inc. |
| KYE 7 05-343 | Ralph Crager v. Merck & Co., Inc., et al. |
| KYE 7 05-344 | Nell Canada v. Merck & Co., Inc. |
| KYE 7 05-345 | Mark A. York, Sr., et al. v. Merck & Co., Inc., et al. |
| KYE 7 05-346 | Bobby Wright, et al. v. Merck & Co., Inc. |
| KYE 7 05-347 | Roma Lynn Prater v. Merck & Co., Inc. |
| KYE 7 05-351 | Adron Thornsberry, et al. v. Merck & Co., Inc., et al. |

KENTUCKY WESTERN

| | |
|---|---|
| KYW 1 05-172 | Kristie Miller, etc. v. Merck & Co., Inc. |
| KYW 1 05-173 | Debra Humburg, et al. v. Merck & Co., Inc., et al. |
| KYW 1 05-174 | James C. Miller v. Merck & Co., Inc. |
| KYW 1 05-177 | Riley Wells v. Merck & Co., Inc., et al. |
| KYW 1 05-178 | Patricia Oakes, etc. v. Merck & Co., Inc., et al. |
| KYW 1 05-179 | Dorothy Payne, etc. v. Merck & Co., Inc., et al. |
| KYW 1 05-180 | Ethel Wolf v. Merck & Co., Inc., et al. |
| KYW 1 05-181 | John Nowak, et al. v. Merck & Co., Inc., et al. |
| KYW 1 05-186 | Randall Pyles, et al. v. Merck & Co., Inc., et al. |
| KYW 3 05-637 | William Clayton, et al. v. Merck & Co., Inc. |
| KYW 3 05-638 | Charles Schultise v. Merck & Co., Inc. |
| KYW 3 05-639 | Margaret Vandivier v. Merck & Co., Inc. |
| KYW 3 05-640 | Mary E. Lester v. Merck & Co., Inc. |
| KYW 3 05-641 | Sabina Chambers v. Merck & Co., Inc. |
| KYW 3 05-643 | Richard W. Allen, Sr., et al. v. Merck & Co., Inc. |
| KYW 3 05-644 | Glendon Dixon v. Merck & Co., Inc. |
| KYW 3 05-650 | Debra Jean Nold, et al. v. Merck & Co., Inc. |
| KYW 3 05-652 | Lawrence Shepherd, et al. v. Merck & Co., Inc. |
| KYW 3 05-653 | J. William Manning, et al. v. Merck & Co., Inc. |
| KYW 3 05-654 | Pamela Winters, etc. v. Merck & Co., Inc. |
| KYW 3 05-655 | Jennifer M. Popp, etc. v. Merck & Co., Inc., et al. |
| KYW 3 05-660 | Fleam Leach v. Merck & Co., Inc. |
| KYW 3 05-661 | Tim Ellis, et al. v. Merck & Co., Inc., et al. |
| KYW 3 05-663 | Marlynn Fox, etc. v. Merck & Co., Inc., et al. |
| KYW 3 05-665 | Tina Day v. Merck & Co., Inc., et al. |
| KYW 3 05-666 | Hazel McKee, et al. v. Merck & Co., Inc., et al. |
| KYW 3 05-667 | Olando Simpson, et al. v. Merck & Co., Inc. |
| KYW 3 05-668 | Michael F. Simpson, et al. v. Merck & Co., Inc. |
| KYW 3 05-670 | Susan Walker, etc. v. Merck & Co., Inc., et al. |
| KYW 3 05-671 | Daniel Ryan v. Merck & Co., Inc., et al. |
| KYW 3 05-672 | Sharon Schafer, et al. v. Merck & Co., Inc. |
| KYW 3 05-673 | Joan Anne Schwartz, etc. v. Merck & Co., Inc. |
| KYW 3 05-674 | Perry Schneider, et al. v. Merck & Co., Inc., et al. |
| KYW 3 05-675 | Mary Louise Schmidt, etc. v. Merck & Co., Inc. |
| KYW 3 05-676 | Manson Whelan v. Merck & Co., Inc. |
| KYW 3 05-677 | David G. Thomas v. Merck & Co., Inc. |
| KYW 3 05-678 | A. Walter Tyson, etc. v. Merck & Co., Inc., et al. |
| KYW 3 05-680 | Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al. |
| KYW 4 05-154 | Cheyenne Albro v. Merck & Co., Inc. |
| KYW 4 05-155 | Everett Hack v. Merck & Co., Inc. |
| KYW 5 05-205 | Gerald Boyd v. Merck & Co., Inc. |
| KYW 5 05-206 | Ola Nelson v. Merck & Co., Inc., et al. |
| KYW 5 05-210 | Michael E. Wilson v. Merck & Co., Inc., et al. |

SCHEDULE CTO-32 TAG-ALONG ACTIONS  (MDL-1657)                                    PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN  0  05-2501 | Lisa Tuggle, etc. v. Merck & Co., Inc. |
| MN  0  05-2517 | Clara Richardson, etc. v. Merck & Co., Inc. |
| MN  0  05-2530 | Alfred J. Hoerner v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE  4  05-1946 | Debbie Cavender, et al. v. Merck & Co., Inc. |
| MOE  4  05-1955 | Thelma Zimmerman, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1956 | Samella Butler, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1967 | Jana Meehan v. Merck & Co., Inc., et al. |
| MOE  4  05-1969 | Steve Pickard, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1970 | Martha Maxwell, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1973 | Rita B. Barker, et al. v. Merck & Co., Inc. |
| **MISSOURI WESTERN** | |
| MOW  4  05-1023 | Frank Canaleo, etc. v. Merck & Co., Inc. |
| MOW  4  05-1025 | Kathy Pence, etc. v. Merck & Co., Inc. |
| MOW  4  05-1026 | Kathryn Carter, etc. v. Merck & Co., Inc. |
| MOW  4  05-1027 | Brandon Worlow v. Merck & Co., Inc. |
| MOW  4  05-1028 | Richard Shearer v. Merck & Co., Inc. |
| MOW  4  05-1029 | Jason Lida, etc. v. Merck & Co., Inc. |
| MOW  4  05-1035 | John Webster v. Merck & Co., Inc. |
| MOW  4  05-1052 | Cheryl Ann Mahon v. Merck & Co., Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  3  05-649 | Napoleon Alexander, etc. v. Merck & Co., Inc. |
| **OHIO NORTHERN** | |
| OHN  1  05-1772 | Donna Casteel, etc. v. Merck & Co., Inc. |
| OHN  1  05-2503 | Geraldine Abrahams, et al. v. Merck & Co., Inc. |
| OHN  1  05-2504 | Colleen Conko v. Merck & Co., Inc. |
| OHN  5  05-2471 | Shirley Madick, et al. v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW  5  05-1229 | Carolyn Cruce, etc. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  05-5461 | Irma Leshinski, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  05-1484 | P. Fred Beorn, et al. v. Merck & Co., Inc. |
| **PUERTO RICO** | |
| PR  3  05-2025 | Francisco Muniz-Domena, et al. v. Astra Merck, Inc., et al. |
| PR  3  05-2037 | Juan Antonio Velez-Jimenez, et al. v. Astra Merck, Inc., et al. |
| PR  3  05-2049 | Jose Portalatin-Cordero, et al. v. Astra Merck, Inc., et al. |
| **SOUTH DAKOTA** | |
| SD  1  05-1046 | Lavonne Butler v. Merck & Co., Inc. |
| SD  1  05-1047 | Marlene Stickfort v. Merck & Co., Inc. |
| SD  1  05-1048 | George Witter v. Merck & Co., Inc. |
| **TENNESSEE MIDDLE** | |
| TNM  3  05-837 | Mary A. Jordan, et al. v. Merck & Co., Inc. |
| TNM  3  05-839 | Gloria White, etc. v. Merck & Co., Inc. |
| TNM  3  05-841 | Ron R. Moore, etc. v. Merck & Co., Inc. |
| TNM  3  05-843 | Merita Kay Roysdon, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-32 TAG-ALONG ACTIONS  (MDL-1657)                                    PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TNM  3  05-844 | Tyra Taylor, et al. v. Merck & Co., Inc. |
| TNM  3  05-845 | Betty J. Moore, etc. v. Merck & Co., Inc. |
| TNM  3  05-848 | Debra A. Bennett v. Merck & Co., Inc. |
| TNM  3  05-849 | Joe T. Givan, et al. v. Merck & Co., Inc. |
| TNM  3  05-850 | Teresa Gallaher, et al. v. Merck & Co., Inc. |
| TNM  3  05-851 | Sarah Pierce, et al. v. Merck & Co., Inc. |
| TNM  3  05-852 | John Richmond, etc. v. Merck & Co., Inc. |
| TNM  3  05-853 | James Boggess, etc. v. Merck & Co., Inc. |
| TNM  3  05-854 | Andrew Golden, etc. v. Merck & Co., Inc. |
| TNM  3  05-855 | Roger Kelly, Sr. v. Merck & Co., Inc. |
| TNM  3  05-856 | Nadine Freeman, et. al. v. Merck & Co., Inc. |
| TNM  3  05-857 | Elsie I. Hollingsworth v. Merck & Co., Inc. |
| TNM  3  05-858 | Margaret A. Brooks v. Merck & Co., Inc. |
| TNM  3  05-861 | Janet D. Roberick v. Merck & Co., Inc. |
| TNM  3  05-862 | Emma Spencer, etc. v. Merck & Co., Inc. |
| TNM  3  05-863 | Charlotte Matlock, et al. v. Merck & Co., Inc. |
| TNM  3  05-864 | Elizabeth G. Washington v. Merck & Co., Inc. |
| TNM  3  05-866 | Charles M. Turner v. Merck & Co., Inc. |
| TNM  3  05-868 | Verie B. Thompson, Jr. v. Merck & Co., Inc. |
| TNM  3  05-869 | Jewel Smith v. Merck & Co., Inc. |
| TNM  3  05-870 | Edna D. Ross v. Merck & Co., Inc. |
| TNM  3  05-871 | Joe Nelson v. Merck & Co., Inc. |
| TNM  3  05-872 | Alfard Huqq v. Merck & Co., Inc. |
| TNM  3  05-873 | Shirley M. Johnson v. Merck & Co., Inc. |
| TNM  3  05-874 | Charles L. McDonald v. Merck & Co., Inc. |
| TNM  3  05-880 | William E. Hughes v. Merck & Co., Inc. |
| TNM  3  05-881 | Louise Gillespie v. Merck & Co., Inc. |
| TNM  3  05-882 | Kevin J. Callahan v. Merck & Co., Inc. |
| TNM  3  05-883 | James J. Walton v. Merck & Co., Inc. |
| **TENNESSEE WESTERN** | |
| TNW  1  05-1322 | Norris H. Davis v. Merck & Co., Inc., et al. |
| TNW  1  05-1323 | Roberta J. Evans v. Merck & Co., Inc., et al. |
| TNW  1  05-1324 | Doyle Johnson, etc. v. Merck & Co., Inc. |
| TNW  1  05-1329 | James R. Daniel, et al. v. Merck & Co., Inc., et al. |
| TNW  1  05-1332 | Roger Floyd, et al. v. Merck & Co., Inc., et al. |
| TNW  1  05-1333 | Sally Woods, etc. v. Merck & Co., Inc., et al. |
| TNW  2  05-2795 | Sylvester Townsel, et al. v. Merck & Co., Inc., et al. |
| TNW  2  05-2804 | Norman A. Jester, et al. v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE  1  05-676 | William Edward Morgan v. Merck & Co., Inc., et al. |
| TXE  1  05-701 | Maria Antonieta DeLoera, et al. v. Merck & Co., Inc. |
| TXE  2  05-489 | Bettye Baty, et al. v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| TXS  2  05-308 | Patrtricia Legesse v. Merck & Co., Inc. |
| TXS  4  05-3696 | Linda J. Collins v. Merck & Co., Inc., et al. |
| **VERMONT** | |
| VT  2  05-274 | Michele S. LaRouche, et al. v. Merck & Co., Inc. |