## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Michael D. May  vs. Merck & Co., Inc., et al

Case Number: 3:05cv998-F

Referenced Docket Entry - Response in Opposition  - Doc.  No. 15

The referenced docket entry was filed electronically   in ERROR  on ***December 14,  2005***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the Exhibits with this document were filed incorrectly.    Please DISREGARD this docket entry.   Please see doc. no. 16 for corrected filing.