**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL MAY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 3:05-cv-** |
| ) |   **00998-MEF-SRW** |
| **MERCK & CO., INC., et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

### RESPONSE TO MOTIONS TO DISMISS AND TO MERCK'S OPPOSITION TO REMAND

Merck primarily argues that this court should stay decision on these matters and let this case go to the MDL. That could result in a very protracted delay. The Alabama Federal Courts have routinely remanded these Vioxx cases and this Court's analysis in previous pharmaceutical representative remand issues has been very appropriate. These cases have all been cited in plaintiff's previous filings in this civil action.

Now Merck attempts to rely upon a ruling on a sanctions issue in a Fen-Phen case, *Legg v. Wyeth,* from about a month ago. It should be noted that Fen-Phen was taken off the market in 1997, and that in *Legg,* the plaintiff had sued sales representatives many, many years later. Merck admits that in *Legg* that

plaintiff had not substantially supported his claims in regard to the remand motion.

It is undisputed that Merck relies on dictum in *Legg* and that *Legg* is very factually distinguishable from the present case. Here we have massive evidence that Merck sales representatives were heavily involved in material misrepresentations concerning Vioxx and even that there was a program they were in dealing with how to communicate concerning Vioxx's cardiovascular dangers, the program being called, "Dodgeball".

Rule 12(b)(6) allows dismissal only if pleadings "fail to state a claim upon which relief can be granted". The standard for removal is even stricter, all as cited previously. CONCLUSION: The Motions to Dismiss should be denied under Rule 12(b)(6) and the Motion to Remand should be granted.

/s/ Thomas J. Knight  
THOMAS J. KNIGHT  
Attorney for Plaintiffs

HUBBARD & KNIGHT  
P.O. Drawer 1850  
Anniston, Alabama 36202  
(256) 237-9586

CERTIFICATE OF SERVICE

       I hereby certify that on December 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George Robert Parker
Philip Henry Butler
William Claude McGowin
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
334-956-7607

                                      /s/ Thomas J. Knight
                                      Thomas J. Knight
                                      Attorney for Plaintiff